*No.*

# UNITED STATES DISTRICT COURT **FILED**

*Eastern District of California*

*Criminal Division*

SEP 2 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

### THE UNITED STATES OF AMERICA

*vs.*

### SHAWN JOSEPH MCCORMACK: 1 1 CR 0 0 32 4   AWI

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2251(a) and (e) - SEXUAL EXPLOITATION OF A MINOR AND ATTEMPT; 18 U.S.C. § 2253 - CRIMINAL FORFEITURE

*A true bill,*

_____/S/_____
Foreman.

*Filed in open court this* _____ *day*

*of* _____, *A.D.* 20 _____

_____
Clerk.

Bail, $ _____ **AS PREVIOUSLY SET**

_____ *Sheila K. Oberto* _____

GPO 863 525

AO 257 (Rev. 5/2003)     PER 18 U.S.C 3170

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

**BY:** [ ] COMPLAINT   [ ] INFORMATION   [X] INDICTMENT   [ ] SUPERSEDING INFORMATION   [ ] SUPERSEDING   [ ] SEALED   [ ] Court No.

**Name of District Court, and/or Judge Magistrate Location (city):**
EASTERN DISTRICT OF CALIFORNIA
FRESNO, CALIFORNIA

**OFFENSE CHARGED**
PLEASE SEE INDICTMENT.

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

**DEFENDANT -- U.S. vs.**
SHAWN JOSEPH MCCORMACK

**Address:** 1:11 CR 00324 AWI

**Birth Date:** (Optional unless a juvenile)
[ ] Male [ ] Female [ ] Alien (if applicable)

**Place of Offense:** KERN COUNTY, CA
**USC Citations:** PLEASE SEE INDICTMENT.

---

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):**
SA VERONICA PIKE-ICE/HSI

[ ] this person is awaiting trial in another Federal or State Court, give name of court.

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y [ ] Defense
SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[X] prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
**MAGISTRATE CASE NO.** 5:11-mj-44 JLT

**Name and Office of Person Furnishing information on THIS FORM:** WHITNEY M. CARPENTER
[X] U.S. Att'y [ ] Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** JEREMY JEHANGIRI
[X] ADD FORFEITURE UNIT (Check if Forfeiture Allegation)

---

### DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [X] On this charge
5) [ ] On another conviction [ ] Fed'l [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

**Has detainer been filed?** [ ] Yes [ ] No If "Yes" give date

**DATE OF ARREST:** Mo. / Day / Year
Or ... if arresting Agency & Warrant were not Federal
**DATE TRANSFERRED TO U.S. CUSTODY:** Mo. / Day / Year

[ ] This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PLEASE SEE PENALTY SLIP

DEFENDANT HAS NOT APPEARED IN EDCA, PLEASE ISSUE NO BAIL WARRANT

# PENALTY SLIP

| | |
|---|---|
| DEFENDANT: | SHAWN JOSEPH MCCORMACK, |
| VIOLATION: | 18 U.S.C. §§ 2251(a) and (e)<br>Sexual Exploitation of a Minor and Attempt |
| PENALTY: | 15 year mandatory - up to 30 years imprisonment<br>$250,000 fine.<br>Restitution<br>5 years mandatory- up to life of supervised release, with a violation possibly resulting in 5 additional years of imprisonment.<br>$100 penalty assessment |
| VIOLATION: | 18 U.S.C. §§ 2253<br>Criminal Forfeiture |
| PENALTY: | As Indicated on Indictment. |