ISSUED

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
OCT 04 2011
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Shawn Joseph MCCORMACK | ) | Case No. 5:11-mj-00094 JLT |
| | ) | UNITED STATES MARSHAL |
| | ) | |
| *Defendant* | ) | '11 SEP 21 A9:56 |

## ARREST WARRANT

EASTERN DISTRICT
OF CALIFORNIA
CR. SHO

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Shawn Joseph MCCORMACK ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2251(d)(2), Sexual Exploitation of Children -- Producing, making, printing, or publishing visual depiction of a minor engaging in sexually explicit conduct, as these terms are defined in Title 18, United States Code, Section 2256

Date: 09/15/2011 9/16/11

*Issuing officer's signature*

City and state: Bakersfield, CA

Jennifer Thurston, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/21/11 , and the person was arrested on *(date)* 9/21/11
at *(city and state)* Denver CO .

Date: 9/21/11

DHS
*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: