```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JEREMY R. JEHANGIRI
   Assistant United States Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
   Attorneys for Plaintiff
6      United States of America
```

FILED
FEB 16 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:11-cr-00324-AWI DLB |
| Plaintiff, | ) |
| v. | ) VIOLATIONS: 18 U.S.C. §§ 2251(a) and (e) - Sexual Exploitation of a Minor and Attempt (Four Counts); 18 U.S.C. § 2253 - Criminal Forfeiture |
| SHAWN JOSEPH MCCORMACK, | |
| Defendant. | |

## S U P E R S E D I N G   I N D I C T M E N T

<u>COUNT ONE:</u> [18 U.S.C. §§ 2251(a) and (e) - Sexual Exploitation of a Minor and Attempt]

The Grand Jury charges:

SHAWN JOSEPH MCCORMACK,

defendant herein, on or about November 23, 2008, in Kern County, within the State and Eastern District of California, and elsewhere, knowingly employed, used, persuaded, induced, enticed, or coerced a minor (Victim 1) to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing that the visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or knowing or having

1

1 | reason to know that the image would be so transported or transmitted
2 | in or affecting interstate or foreign commerce by any means, including
3 | by computer, and attempted to do so, all in violation of Title 18,
4 | United States Code, Sections 2251(a) and (e).

COUNT TWO: [18 U.S.C. §§ 2251(a) and (e) - Sexual Exploitation of a Minor and Attempt]

The Grand Jury further charges:

SHAWN JOSEPH MCCORMACK,

defendant herein, on or about December 26, 2008, in Kern County, within the State and Eastern District of California, and elsewhere, knowingly employed, used, persuaded, induced, enticed, or coerced a minor (Victim 1) to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing that the visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or knowing or having reason to know that the image would be so transported or transmitted in or affecting interstate or foreign commerce by any means, including by computer, and attempted to do so, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT THREE: [18 U.S.C. §§ 2251(a) and (e) - Sexual Exploitation of a Minor and Attempt]

The Grand Jury further charges:

SHAWN JOSEPH MCCORMACK,

defendant herein, on or about March 28, 2009, in Kern County, within the State and Eastern District of California, and elsewhere, knowingly employed, used, persuaded, induced, enticed, or coerced a minor

1  (Victim 2) to engage in any sexually explicit conduct for the purpose
2  of producing any visual depiction of such conduct knowing that the
3  visual depiction was produced using materials that had been mailed,
4  shipped, or transported in or affecting interstate or foreign commerce
5  by any means, including by computer, or knowing or having reason to
6  know that the image would be so transported or transmitted in or
7  affecting interstate or foreign commerce by any means, including by
8  computer, and attempted to do so, all in violation of Title 18, United
9  States Code, Sections 2251(a) and (e).

11  COUNT FOUR: [18 U.S.C. §§ 2251(a) and (e) - Sexual Exploitation of a
              Minor and Attempt]

   The Grand Jury further charges:

   SHAWN JOSEPH MCCORMACK,

   defendant herein, between in or about March, 2009, and on or about
   November, 2009, in Kern County, within the State and Eastern District
   of California, and elsewhere, knowingly employed, used, persuaded,
   induced, enticed, or coerced a minor (Victim 2) to engage in any
   sexually explicit conduct for the purpose of producing any visual
   depiction of such conduct knowing that the visual depiction was
   produced using materials that had been mailed, shipped, or transported
   in or affecting interstate or foreign commerce by any means, including
   by computer, or knowing or having reason to know that the image would
   be so transported or transmitted in or affecting interstate or foreign
   commerce by any means, including by computer, and attempted to do so,
   all in violation of Title 18, United States Code, Sections 2251(a) and
   (e).

1  <u>FORFEITURE ALLEGATION</u>: [18 U.S.C. § 2253(a)- Criminal Forfeiture]
2       The allegations contained above in this Superseding Indictment
3  are realleged and incorporated herein for the purpose of alleging
4  forfeiture pursuant to 18 U.S.C. § 2253(a).
5       Upon conviction of the offense alleged in Counts One through
6  Four, defendant SHAWN JOSEPH MCCORMACK shall forfeit to the United
7  States under 18 U.S.C. § 2253, his interest in any and all matters
8  which contain any visual depiction(s) produced or possessed in
9  violation thereof; any property, real or personal, constituting or
10 traceable to gross profits or other proceeds the defendant obtained
11 from such offense(s); and, any property, real or personal, used or
12 intended to be used to commit or to promote the commission of such
13 offense(s) or any property traceable to such property.
14      If any property subject to forfeiture, as a result of the offense
15 alleged in Counts One through Four, cannot be located upon the
16 exercise of due diligence; has been transferred or sold to, or
17 deposited with, a third person; has been placed beyond the
18 jurisdiction of the Court; has been substantially diminished in value;
19 or has been commingled with other property which cannot be subdivided
20 without difficulty, it is the intent of the United States, under 18
21 U.S.C. § 2253(b) incorporating 21 U.S.C. § 853(p), to seek
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

```
1 | forfeiture of any other property of the defendant up to the value of
2 | the property subject to forfeiture.
```

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

By  *Mark E. Cullers*
    MARK E. CULLERS
    Assistant United States Attorney
    Chief, Fresno Office