1  JOHN P. RYAN Bar No. 174060
   ATTORNEY AT LAW
2  119 South Church Street
   Visalia, CA 93291
3  Phone: 559.741.1283
   Fax: 559.741.1183
4
5  Attorney for Defendant
6  SHAWN MCCORMACK
7
8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        ) Case No.: 1:11 - cr – 00324 - AWI
                                    )
12              Plaintiff,          )
                                    )
13    vs.                           ) PROPOSED ORDER RE: NOTICE OF
                                    ) SUBSTITUION OF ATTORNEY
14 SHAWN MCCORMACK                  )
                                    )
15              Defendant.          )
                                    )
16                                  )
                                    )
17                                  )

18 PLEASE TAKE NOTICE that the Defendant SHAWN MCCORMACK hereby

19 substitutes as his attorney of record JOHN PATRICK RYAN, Law Offices of John Patrick

20 Ryan, in the place of Assistant Federal Defender for the above entitled case.

21 The location and mailing address of the Law Offices of John Patrick Ryan is, 119

22 South Church Street, Visalia, California 93291. Mr. Ryan can be contacted by telephone at
   (559)799-7762.
23 //

24 //

25

Substitution of Attorney,
And Order Thereon
                    - 1 -

Substitution of Attorney;
And Order Thereon

- 2 -

| | |
|---|---|
| DATED: March __, 2012 | |
| | Respectfully submitted, |
| | |
| | /s/ John Patrick Ryan |
| | John Patrick Ryan |
| | Attorney for Defendant |
| DATED: March __, 2012 | |
| | Assistant Federal Defender |
| DATED: March 7, 2012 | /s/ John P. Ryan |
| | JOHN PATRICK RYAN |
| | Attorney for Defendant |
| DATED: March 7, 2012 | SHAWN McCORMACK |

JOHN P. RYAN Bar No. 174060
ATTORNEY AT LAW
119 South Church Street
Visalia, CA 93291
Phone: 559.741.1283
Fax: 559.741.1183

Attorney for Defendant
SHAWN MCCORMACK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:11-cr-00324-AWI |
| Plaintiff, | ) |
| vs. | ) PROPOSED ORDER RE: NOTICE OF |
| | ) SUBSTITUTION OF ATTORNEY |
| SHAWN MCCORMACK | ) |
| Defendant. | ) |
| | ) |

THE COURT, having examined said Notice of Substitution of Attorney, orders that attorney John Patrick Ryan, of the Law Offices of John Patrick Ryan, be substituted in as attorney of record for Mr. Shawn McCormack, in place of the Federal Public Defender.

IT IS SO ORDERED

DATED: _____, 2012

_____
Honorable Judge