1  BENJAMIN B. WAGNER
   United States Attorney
2  JEREMY R. JEHANGIRI
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6        United States of America

7
              IN THE UNITED STATES DISTRICT COURT FOR THE
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10                                    )   1:11-cr-00324-AWI-DLB
    UNITED STATES OF AMERICA,         )
11                                    )
                  Plaintiff,          )
12                                    )   **STIPULATION AND [PROPOSED]**
    v.                                )   **PROTECTIVE ORDER BETWEEN THE**
13                                    )   **UNITED STATES AND DEFENDANT**
    SHAWN JOSEPH MCCORMACK,           )
14                                    )
                  Defendant.          )
15  _____  )

16
        WHEREAS, state and federal search warrants were executed in this
17
    case;
18
        WHEREAS, the search warrants, and all related filings and
19
    materials, contain personal and sensitive material;
20
        WHEREAS, the discovery materials in this case, including all of the
21
    search warrants and related materials, are voluminous;
22
        WHEREAS, the discovery materials also contain personal and
23
    sensitive material, including materials that are obscene and contraband;
24
    and
25
        WHEREAS, the parties desire to avoid the unauthorized disclosure
26
    or dissemination of this information to anyone not a party to the court
27
    proceedings in this matter;
28

1     The parties agree that entry of a stipulated protective order is

2  appropriate.

3     THEREFORE, Defendant SHAWN JOSEPH MCCORMACK, by and through his

4  counsel of record, John Patrick Ryan ("Defense Counsel"), and the United

5  States of America, by and through Assistant United States Attorney

6  Jeremy R. Jehangiri, hereby agree and stipulate as follows:

7     1.    This Court may enter a protective order pursuant to Rule 16(d)

8  of the Federal Rules of Criminal Procedure, and its general supervisory

9  authority.

10     2.    This Order pertains to all discovery provided to or made

11  available to Defense Counsel by the United States as part of discovery

12  in this case (hereafter, collectively known as "the discovery").

13     3.    By signing this Stipulation and Protective Order, Defense

14  Counsel agrees not to share any documents that contain Protected

15  Information with anyone other than Defense Counsel attorneys, designated

16  defense investigators, and support staff.  Defense Counsel may permit

17  the Defendant to view unredacted documents in the presence of her

18  attorney, defense investigators, and support staff.  The parties agree

19  that Defense Counsel, defense investigators, and support staff shall not

20  allow the Defendant to copy Protected Information contained in the

21  discovery.    The parties agree that Defense Counsel, defense

22  investigators, and support staff may provide the Defendant with copies

23  of documents from which Protected Information has been redacted.

24     4.    The discovery and information therein may be used only in

25  connection with the litigation of this case and for no other purpose.

26  The discovery is now and will forever remain the property of the United

27  States of America ("Government").   Defense Counsel will return the

28  discovery to the Government or certify that it has been shredded at the

1    conclusion of the case.

2         5.   Defense Counsel will store the discovery in a secure place and

3    will use reasonable care to ensure that it is not disclosed to third

4    persons in violation of this agreement.

5         6.   Defense Counsel shall be responsible for advising his

6    Defendant, employees, and other members of the defense team, and defense

7    witnesses of the contents of this Stipulation and Order.

8         7.   In the event that Defendant substitutes counsel, undersigned

9    Defense Counsel agrees to withhold discovery from new counsel unless and

10   until substituted counsel agrees also to be bound by this Order.

11        IT IS SO STIPULATED.

12

13   DATED:  May 23, 2012         By:   /s/ *John Patric*k Ryan (authorized)
                                        JOHN PATRICK RYAN
14                                      Attorney for Defendant
                                        SHAWN JOSEPH MCCORMACK
15

16

17   DATED:   May 23, 2012            BENJAMIN B. WAGNER
                                      United States Attorney
18

19                                 By:  /s/ *Jeremy Jehangiri*
                                        JEREMY R. JEHANGIRI
20                                      Assistant United States Attorney

21
          IT IS SO ORDERED.
22

23   DATED:   _____

24                                    _____
                                      THE HONORABLE ANTHONY W. ISHII
25                                    CHIEF UNITED STATES DISTRICT JUDGE

26

27

28

                                      3