BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
     United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:11-cr-00324-AWI-DLB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT** |
| SHAWN JOSEPH MCCORMACK, | ) |
| Defendant. | ) |

   WHEREAS, state and federal search warrants were executed in this case;

   WHEREAS, the search warrants, and all related filings and materials, contain personal and sensitive material;

   WHEREAS, the discovery materials in this case, including all of the search warrants and related materials, are voluminous;

   WHEREAS, the discovery materials also contain personal and sensitive material, including materials that are obscene and contraband; and

   WHEREAS, the parties desire to avoid the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendant SHAWN JOSEPH MCCORMACK, by and through his counsel of record, John Patrick Ryan ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel by the United States as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of her attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been shredded at the

conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED:  May 23, 2012         By:   /s/ *John Patrick* Ryan (authorized)
                                   JOHN PATRICK RYAN
                                   Attorney for Defendant
                                   SHAWN JOSEPH MCCORMACK


DATED:  May 23, 2012              BENJAMIN B. WAGNER
                                  United States Attorney

                            By:   /s/ *Jeremy Jehangiri*
                                  JEREMY R. JEHANGIRI
                                  Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   May 24, 2012            _____
                                 CHIEF UNITED STATES DISTRICT JUDGE