BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
  the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00324 AWI-DLB |
| Plaintiff, | APPEARANCE OF COUNSEL OF RECORD AND CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE |
| v. | |
| SHAWN JOSEPH MCCORMACK, | |
| Defendants. | |

   The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Stanley A. Boone, Assistant United States Attorney, hereby appear as counsel of record and requests a change in designation of counsel for service.

   Pursuant to Local Rule 83-182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for the United States of America and designate new counsel for service as follows:

////

////

APPEARANCE OF COUNSEL OF RECORD AND CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE

1

```
                                Stanley A. Boone
                                Assistant U.S. Attorney
                                4401 Federal Building
                                2500 Tulare Street
                                Fresno, California 93721
                                Telephone: (559) 497-4000
                                Stanley.boone@usdoj.gov
```

I hereby declare that I am admitted to practice law in this district.

```
Dated: June 14, 2012            BENJAMIN B. WAGNER
                                United States Attorney


                           By : /s/ Stanley A. Boone
                                STANLEY A. BOONE
                                Assistant U.S. Attorney
```

APPEARANCE OF COUNSEL OF RECORD AND CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE

2