John P. Ryan   SBN 174090
1809 West Main Street
Visalia, CA 93291
Telephone: 559.741.1283
Facsimile: 559.741.1183

Attorney for the defendant
SHAWN MCCORMACK

**CONFIDENTIAL: CLERK to Seal as provided in California Rule Of Court 2.551**

IN THE UNTIED STATES DISTRICT COURT

EASTERN DIVISION FOR THE STATE OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SHAWN JOSEPH MCCORMACK,<br><br>  Defendant | Case No 1:11-cr-00324- AWI<br><br>EXPARTE APPLICATION BY RETAINED COUNSEL FOR APPOINTMENT OF PRIVATE INVESTIGATIOR AND FUNDING;DELARATION OF POINTS AND AUTHRORIES IN SUPPORT THEREOF. (Evidence Code §730-731) |

TO: HONORABLE JUDGE OF THE ABOVE ENTITILED COURT:

PLEASE TAKE NOTICE that defendant, SHAWN J. MCCORMACK hereby moves ExParte for an Order for the payment of defense investigator fees, at the expense of the County and or State of California. This motion will be made on the grounds that the advice and testimony of this expert is necessary to the preparation of the defense of this action. Furthermore, this motion will be based on this Application, Memorandum of Points and Authorities filed herewith, Declaration of John P. Ryan, the pleadings and record on file in this case, and such other testimonial and documentary evidence as may be presented at hearing, should the court deem necessary.

Dated: August 07, 2012

"/s/John Patrick Ryan"
_____
JOHN P. RYAN
Attorney for Defendant

## DECLARATION IN SUPPORT OF APPLICATION BY RETAINED COUNSEL
## FOR APPOINTMENT OF INVESTIGATOR

I, JOHN P. RYAN, do hereby declare:

1.	I am an attorney at law duly admitted to practice before all courts of the State of California, and I am the attorney of record for the defendant SHAWN J. McCORMACK in the matter known as *United States v. Shawn J. McCormack*, United States District Court, Eastern District County of Fresno, Case No. 1:11-cr–00324- AWI

2.	I was retained on March 01, 2012 by the defendant's family. A retainer agreement was signed on that day.

3.	The retainer agreement does not cover payment of expert fees including, but not limited to an investigator fees, and other ancillary services needed in this case.

4.	Defense counsel as a matter of practice does not, and did not in this case, accept this retainer with the understanding it would be used in part to fund any investigation, expert witnesses or any ancillary services that may be required. Moreover, counsel would not have accepted the amount of this retainer under those circumstances.

5.	The defendant Shawn J. McCormack cannot generate the funds necessary to employ an investigator. Filed herewith and attached hereto as Exhibit A, is a statement regarding the defendant's financial status. In addition, defendant's family does not have and cannot obtain the funds necessary.

6.	The client is charged with 34 separate counts of Sexual Exploitation of Children, C.R.S. 186-4-03(3)(B)(F3){17052}. An investigator is clearly needed to collect additional information and statements from witnesses that have been contacted by law enforcement officers and witnesses that have not yet been contacted by law enforcement officers. Specifically, an investigator is needed to locate and contact with subsequent interviews numerous potential witnesses which are located from Bakersfield California to Colorado, and victim/witnesses from Bakersfield California to Colorado. Relevant information gathered by the investigator may be exculpatory for the defendant.

7.	Based on the nature and number of the charges and the potential sentence exposure, it is reasonably necessary for me to seek the assistance of an investigator to locate and interview witnesses and the

review the surviving victim's statements of events surrounding the alleged incident(s). I have contacted Denise Hulsey, PI25865, Hulsey Investigations who is qualified and willing to assist me in this matter. Hulsey Investigations charge $55 per hour (will stipulate to State Fee if different). Because the contact information for witnesses is unknown at this time, I am requesting 60 hours of investigation work, to include but not limited to interview of client, attorney briefing, document retrieval and review, locate and interview of witness(s), and other ancillary services deemed necessary.

  I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 07, 2012 in Visalia, California.

"/s/John Patrick Ryan"
_____
**John Patrick Ryan, Attorney At Law**

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant submits the following points and authorities in support of the motion for an order appointing an expert:

I. THE RIGHT TO COUNSEL GUARANTEED BY BOTH THE FEDERAL AND STATE CONSTITUTIONS REQUIRES THE APPOINTMENT OF NECESSARY EXPERTS TO ASSIST IN THE PREPARATION OF A DEFENSE

It cannot be doubted that the right to counsel guaranteed by both the federal and state Constitutions includes, and indeed presumes, the right to effective counsel, and "the right to effective counsel also includes the right to ancillary services necessary in the preparation of a defense" [Keenan v. Superior Court (1982) 31 Cal. 3d 424, 428]. "A fundamental part of the constitutional right of an accused to be represented by counsel is that his attorney . . . is obviously entitled to the aid of such expert assistance as he may need . . . in preparing the defense" [Re Kechtel, (1968) 68 Cal. 2d 397, 399-400]. "There can be no question that in a proper factual situation a court must appoint an expert that is needed to assist an indigent defendant in his defense" [Torres v. Municipal Court for Los Angeles Judicial District, ( 1975, 2nd Dist.) 50 Cal. App. 3d 778, 785).

## EVIDENCE CODE §730-731 PROVIDES THE AUTHORITY FOR APPOINTMENT OF AN EXPERT

Evidence Code §730 explicitly provides for court-appointed expert witnesses:

"When it appears to the court, at any time before or during the trial of an action, that expert evidence is or may be required by the court or by any party to the action, the court on its own motion or on motion of any party may appoint one or more experts to investigate, to render a report as may be ordered by the court, and to testify as an expert at the trial of the action relative to the fact or matter as to which such expert evidence is or may be required. The court may fix the compensation for such services, if any, rendered by any person appointed under this section, in addition to any services as a witness, at such amount as seems reasonable to the court."

Evidence Code §731(a) and Government Code §29603 clearly state that the county must pay for those court-ordered expenses.

While these statutes, of course, do not enumerate the type of experts to be appointed, the Supreme Court has held that "the right to such services is to be inferred from at least two statutes respecting an indigent defendant's right to legal assistance" [Corenevsky v. Superior Court, (1984) 365 Cal. 3d 307,319].

A right to ancillary defense services arises once the defendant has demonstrated a need for such services by reference to the general lines of inquiry he wishes to pursue, being as specific as possible" [People v. Fixel, (1979, 2nd Dist.) 91 Cal. App.3d 327,330].

The right to counsel and to due process under the law includes the right to ancillary services such as an expert witness [Kennan v. Superior Court, (1982) 21 C.3rd 424,428; Sand v Superior Court, (1983) 34 Cal.3rd 567, 575; Corenevsky v. Superior Court, (1981) 36 Cal.3rd 307,319-320]. The court may so order the required defense services at county expense [California Evidence Code §730-731].

**CONCLUSION**

Based on the Statutes and Case Law cited here and on the document presented herein, The defendant respectfully requests the funds as noted below be approved for retaining an expert in this matter.

Name of expert witness/investigator: Denise Hulsey, PI25865

(*Curriculum Vitae* attached)

Estimated cost of services: $55.00 (Fifty-five) per hour to a maximum of $3300.00 (Three Thousand Three Hundred).

Estimated cost of covered expense for mileage will be determined at the rate of 0.55.5 cents per mile and no anticipated further accommodations at this time. A separate motion will be filed if further accommodations are needed.

Overages, such as additional services or court proceedings, shall be requested in advance by separate motion.

Dated: August 07, 2012

"/s/John Patrick Ryan"

John P. Ryan
ATTORNEY FOR THE DEFENSE

ORDER APPROVING ANCILLARY FUNDS

In the matter of UNITED STATES v. Shawn Joseph McCormack

[FILED UNDER SEAL: Cal. Rule of Court 2.551]

**ORDER IS HERBY GRANTED** for the request made by retained counsel for investigator/expert witness ancillary services in the amount of $_____.

Additional services or court proceedings shall be requested in advance by separate motion.

Dated this _____ day of _____, 2012            BY: _____

**EXHIBIT A**

**Copy of California State License**

**Curriculum Vitae**





*Hulsey Investigations*
Post Office Box 6044
Visalia, CA 93291
Phone: 559.280.0699

# CURRICULUM VITAE
## Denise Hulsey #25865

---

**EDUCATION**
- 1991 - Certified Medical Transcriptionist
- 2007 – Blackstone Professional College - Psychology and Criminal Justice.

**RELEVANT WORK EXPERIENCE**
- 2003 - present: Licensed Private Investigator, Adult and Juvenile Criminal Defense investigation, Propria Persona Criminal Investigator, Gang Investigation and Consultant, Witness preparation, Trial preparation, Legal Research, Death Penalty Investigation through Penalty Phase, Mitigation, Legal Assistant, Legal Document preparation. Worked in the following counties, Fresno, Tulare, Kings and Kern.
- 2003 – present: Gang trial preparation; question preparation for Defense Counsel to cross-examine Prosecution Gang Expert; Question preparation for Defense Expert; gang jury instructions; instruction on how to humanize the client; etc.
- 2003 to present: Interviewed 100+ validated gang members, White Supremists, Skin Heads, Nuestra Famila, Ortiental Troops, Fresno Bull Dogs, Motorcycle Gangs, Norteños, Sureños, known validated Shot Callers, etc.
- 2003 - 2006:- Advisory Board Institute of Technology, Fresno
- 2005 to present: – Death Penalty Investigation/Mitigation through Penalty Phase.
- 2005 - 2010: Previously Commissioned California Notary.
- 2009 - present: Board member GangTalkChannel.com
- 2009 to present: Under attorney supervision, research and motion preparation.

**RELEVANT EXPERIENCE**
- 2007 – 2010:- Death Penalty Seminar in Monterey
- 2008, 2009 & 2010:- CPDA Gang Seminar in Monterey
- 2008 & 2010 - California Defense Investigators Seminar
- 2008 – 2012:- Charter Alternative School working with At-risk Problematic Youth with a history of gang involvement. Advocate for Education and counseling regarding gang issues, life choices, consequences and the alternatives.
- 2007 - 2011: STEP Program Participation to the Public/ Convention Center.
- 2008 – to present: Advocate for Books Not Bars, Rehabilitation Not Incarceration (where applicable).

1 | P a g e

*Hulsey Investigations*
Post Office Box 6044
Visalia, CA 93291
Phone: 559.280.0699

# CURRICULUM VITAE
## Denise Hulsey #25865

### MENTORS

- Robert Bourn -Retired Tulare County Sheriff; Licensed Private Investigator; Gang Investigator and Expert; Court certified Gang Expert in Kings and Tulare Counties.
- Jean Bourn - Tulare County Conflict Attorney, Juvenile Division.
- Walter Kushnir, Ph.D - Professor College of the Sequoias and Porterville College; Court certified Gang Expert In Kings and Tulare Counties.
- Randy Meek, PI - Retired Lieutenant Farmersville Police Department; Licensed Private Investigator; Court Certified weapons expert; Certified wiretapping expert.
- Albert Ochoa - Teacher/Administrator Charter Alternative School; Court certified Gang Expert in Tulare County.
- Division Commander, Officer Smith California Highway Patrol
- Floyd Hulsey - Retired Sergeant California Highway Patrol.
- Clifford Anderson, Ph.D. and Mitigation Specialist.
- Linda Meza, Ph.D. and Mitigation Specialist.

### MEMBERSHIPS

- California Public Defenders Association
- California Defense Investigators Association
- California Bureau Of Security and Investigative Services
- Tulare County Bar Association

### BOOKS/ARTICLES

- Al Valdez, Ph.D. - GANGS - A guide to understanding street Gangs
- Lewis Yablonsky, Ph.D.- Gangs in Court
- 2005 National Gang Threat
- Department of Justice - Hybrid Gangs
- Lockdown America - Christian Parenti
- National Gang News
- Know Gangs
- Continued education in gang crimes, the Realignment Act, new and changing California laws.

*2012*

2 | Page

**EXHIBT B**

**Defendants' Statement of Income and Expenses**

# COUNTY OF FRESNO
# SHAWN McCORMACK

| PEOPLE OF THE UNITED STATES OF AMERICA VS ||
|---|---|
| Defendant<br>SHAWN JOSEPH MCCORMACK | Case Number<br>1:11 cr 00324 AWI DLB |

## DEFENDANT'S STATEMENT OF INCOME AND EXPENSES

(Attach additional sheets if the space provided below for any item is not sufficient)

| PERSONAL INFORMATION ||
|---|---|
| 1. a. Name<br>Shawn Joseph McCormack | b. Marital Status<br>Single |
| c. Social Security Number | d. Home Address<br>Black Forest, Colorado |

| EMPLOYMENT |
|---|
| 2. What are your sources of income and your occupation?<br>(Provide Job Title and name of division or office in which you work) |
| 3. Name, Address and Telephone of your business or employer<br>(Include address of your payroll or human resources department, if different) |
| 4. How often are you paid?  Weekly, Bi-Weekly, Monthly |
| 5. What is your gross pay for each payroll period? |
| 6. What is your net pay (take home) for each payroll period? |
| 7. If your spouse earns any income, give name of spouse, name & address of business or employer, job title and division or office: |
| 8. Other sources of Income (Specify type and amounts): |

| CASH, BANK BALANCES |
|---|
| 9. How much money do you have in Cash? |
| 10. How much Money do you have in Banks, Saving and Loans, Credit Unions and other financial institutions, either in your name or jointly?  Please list below. |

1

| Name and Address of Financial Institution | Account Number | Individual or Joint? | Balance |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |

### VEHICLES

11. List all Automobiles, Boats and other motor vehicles owned in your name or jointly: *Please list below.*

| Year, Make & Model | Value | Legal Owner (if different than registered owner) | Amount Owed |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### REAL ESTATE

12. List all Real Estate owned in your name or jointly. *Please list below.*

| Address of Real Estate | Current Market Value | Lien Holder (Name and address) | Amount Owed |
|---|---|---|---|
| a. | | | |
| b. | | | |
| c. | | | |

### OTHER PERSONAL PROPERTY

13. List any personal property of value not listed above, either owned in your name or jointly. *(Do not list household furniture, appliances or clothing.)*

| Description | Value | Address where property is located. |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |

*(handwritten across form: none)*

### ASSETS

14. List all other assets, including Stocks, Bonds, Mutual Funds, and other securities and retirement accounts (*specify*):

15. Is anyone holding assets for you?

___ Yes ___ No (*If yes, describe assets and give name and address of person or entity holding each asset.*)

### ASSETS (Cont.)

16. Except for attorney fees in this matter and ordinary and routine household expenses, have you disposed of or transferred any assets since your arrest on this matter?

___ Yes ___ No (*If yes, give name and address of person or entity receiving each asset and a*

2

description of the asset).

| DEBTS | |
|---|---|
| Please provide details if any of the following are applicable: | Amount |
| 17. Loans: | |
| 18. Taxes: | |
| 19. Support Payments (*attach copies of orders and statements*): | |
| 20. Other Debts: | |
| MONTHLY EXPENSES | |
| Description of Expense | Amount |
| 21. Mortgage/Rent Payments (*Specify landlord name and address or Lien Holder name and address*): | |
| 22. Unreimbursable Medical or Dental Expenses: | |
| 23. Child Care: | |
| 24. Childrens Education: | |
| 25. Food and Household supplies: | |
| 26. Food, Restaurants | |
| 27. Utilities: | |
| 28. Telephone: | |
| 29. Laundry & Cleaning | |
| 30. Clothing | |
| 31. Education (*specify*): | |
| 32. Entertainment: | |
| 33. Other (*specify*): | |
| 34. Attorney Fees: a. To date, I have paid my attorney for fees and costs totaling (*specify source*): | |
| b. To date, I owe the following fees and costs over the amount paid: | |
| c. My arrangement for attorney fees and costs is (*specify and attach retainer agreement*): | |

3

## DECLARATION

I, SHAWN J. McCORMACK declare under penalty of perjury that the foregoing is
(Client name)
true and correct.

June 07, 2012                                              *[signature]*
(Date)                                                   (Signature of Client)

To the best of my information and belief, the foregoing is true and correct.

June 07, 2012                                              *[signature]*
(Date)                                                   (Signature of Attorney)

John P. Ryan
(Type or print name of attorney)

4