JOHN PATRICK RYAN   SBN:  174090
Attorney At Law
1809 West Main Street, Suite A
Visalia, CA 93291
Telephone:  559.799.7762
Telephone:  559.741.1283
Facsimile:   559.741.1183


Attorney for Defendant,
SHAWN MCCORMACK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11 CR 000324 AWI |
| Plaintiff, | **STIPULATION TO CONTINUANCE OF STATUS CONFERENCE;  ORDER** |
| vs. | |
| SHAWN MCCORMACK , | |
| Defendant | |

**IT IS HEREBY STIPILATED** by and between the parties through their respective counsel, David Guppa (USACAE), Counsel for Plaintiff, and John P. Ryan, Counsel for Defendant Shawn McCormack, that the status conference currently set for Monday October 22, 2012 at 1pm may be continued to Monday December 10, 2012 at 1pm.

This stipulation is proposed by both counsels in order to allow defense counsel, Mr. John P. Ryan the needed time to continue the investigation in the above stated case. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and 3161 (h)(7)(B)(I) and (iv) because the ends of justice served in

Stipulation and Order

granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

    Dated:   October 18, 2012    By:    _____
                                                                    JOHN P. RYAN
                                                                    Attorney for Defendant

    Dated:  October 18, 2012    By:    _____
                                                                    DAVID GUPPA
                                                                    Special Assistant U.S. Attorney

IT IS SO ORDERED.

    Dated:   **October 19, 2012**                  /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE

Stipulation and Order