BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>              Plaintiff,      )<br>                              )<br>         v.                   )<br>                              )<br>                              )<br>Shawn Joseph McCormack,       )<br>                              )<br>                              )<br>              Defendant.      )<br>_____) | CR-F-11-00324 AWI<br><br>STIPULATION TO CALENDAR CASE FOR<br>CHANGE OF PLEA HEARING<br><br>Date:  July 29, 2013<br>Time:  11:00 a.m.<br>Place: Courtroom Two<br>Hon:   Anthony W. Ishii |

    The parties agree that this case should be placed on the court's calendar on July 29, 2013, for a change of plea hearing. The parties are in the process of finalizing a plea agreement.  In the event that the parties are not able to finalize the agreement, they will be asking the court to vacate the current jury trial date and reschedule the case for a court trial.

DATED:  July 16, 2013           Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                                By: /s/ David Gappa
                                DAVID GAPPA
                                Assistant U.S. Attorney

1

```
                                    /s/ John Ryan
                                    JOHN RYAN
                                    Attorney for Sean McCormack
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-F-11-00324 AWI |
| Plaintiff, | ) ORDER ON STIPULATION TO CALENDAR |
| v. | ) CASE FOR CHANGE OF PLEA HEARING |
| SHAWN JOSEPH McCORMACK, | ) |
| Defendant. | ) |

**ORDER**

It is ordered that this case is scheduled for a change of plea hearing on July 29, 2013, at 11:00 a.m.

IT IS SO ORDERED.

Dated:  July 16, 2013

SENIOR DISTRICT JUDGE

3