CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
SHAWN JOSEPH McCORMACK

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SHAWN JOSEPH MCCORMACK,<br><br>　　　　Defendant. | Case No.: 1:11-cr-00324 AWI BAM<br><br>STIPULATION AND  ORDER TO CONTINUE TRIAL DATE AND FOR EXCLUSION OF TIME<br><br>Date:  September 16, 2014<br>Time:  9:00 am<br>Honorable Anthony W. Ishii |

　　　　It is hereby stipulated by and between the parties hereto, through their attorneys of record as follows:

　　　　Trial in this matter is currently set for September 16, 2014 at 9:00 am.  The defendant is charged in a Superseding Indictment with four counts of Sexual Exploitation of a Minor in violation of Title 18, united States Code, Sections 2251(a) and (e).  The purpose of this stipulation is to set forth the agreement between the defendant and the United States regarding a continuance of this trial to February 24, 2015 due to a family medical situation in defense counsel's family.

　　　　 Defense counsel's spouse, and law partner, has been diagnosed with breast cancer.  She is being treated at University of California, at San Francisco Medical Center.  She is currently awaiting a surgery date which is expected to take place in the month of August.  Following that surgery, follow-up treatment consisting of radiation and/or chemo therapy will likely begin in the month of September, just prior to the scheduled start of this trial.  Because of the demands on

defense counsel over the next two months, he will not be able to adequately prepare for the trial of these very serious charges.  The length of the continuance is necessary because other matters of defense counsel that are scheduled to proceed to trial in October and November, 2014, together with the uncertainty concerning the course of treatment which will be required for his spouse.  Currently, government counsel has trials scheduled to begin in October and November 2014 as well as on January 21, 2015, and February 10, 2015.  Therefore, the parties have agreed that this matter should be reset for trial beginning on February 24, 2015 at 9:00 am, with a trial confirmation hearing on February 2, 2015 at 10:00 am.

It is further stipulated that the time between September 16, 2014 and February 24, 2015, shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for continuity of counsel and adequate defense preparation considering the factual complexity of the case and the seriousness of the charges involved.

Based on the above, it is respectfully requested that the trial in this matter be continued as set forth above.

Dated:  July 29, 2014

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
SHAWN JOSEPH MCCORMACK


BENJAMIN B. WAGNER
United States Attorney


By:  /s/ David Gappa____
DAVID GAPPA
Assistant U.S. Attorney
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's trial currently set to commence on September 16, 2014 at 9:00 am is hereby continued until February 24, 2015, at 9:00 am, with a trial confirmation hearing on February 2, 2015.

It is further ordered that the time between September 16, 2014, and February 24, 2015, shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for continuity of counsel and adequate defense preparation, considering the factual complexity of the case and the seriousness of the charges involved

IT IS SO ORDERED.

Dated:   July 30, 2014                               _____
                                                                SENIOR  DISTRICT  JUDGE