BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SHAWN JOSEPH MCCORMACK,<br><br>    Defendant. | Case No.: 1:11-cr-00324-AWI-BAM<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND FOR EXCLUSION OF TIME<br><br>Date: February 24, 2015<br>Time: 8:30 a.m.<br>Honorable Anthony W. Ishii |

Plaintiff the United States of America ("government") and defendant SHAWN JOSEPH MCCORMACK, by and through their attorneys of record as follows, jointly stipulate as follows:

1. The Assistant United States Attorney previously assigned to this case has taken a one-year appointment to work in Romania and this case been reassigned to new attorneys. Additionally, one of those attorneys, Patrick Delahunty, has long-planned family obligations at the end of February that conflict with the current trial date of February 24, 2015.

2. There are scheduling issues with several witnesses and the parties agree that April 7, 2015 is a mutually agreeable date to proceed with the trial.

3. The government and defendant McCormack stipulate and jointly request that the Court order that the trial date be continued to <u>April 7, 2015</u> at 8:30 a.m., and that the following additional deadlines be set in this case:

    a. <u>February 16, 2015</u>: File motions in limine (if any)

1    b.  March 2, 2015: File oppositions to motions in limine (if any) or statements of
2        non-opposition
3    c.  March 5, 2015: File reply briefs to motions in limine (if any)
4    d.  March 16, 2015: Trial confirmation hearing and hearing on motions in limine
5        (if any) at 10:00 a.m..
6    e.  March 19, 2015: Parties to serve joint proposed jury instructions and proposed
7        verdict form(s).
8    f.  March 26, 2015: Parties to meet and confer regarding any disputed joint
9        proposed jury instructions (if any).
10   g.  April 2, 2015: Exhibit lists and exhibit binders to be served; witness lists,
11       proposed voir dire, joint proposed jury instructions, disputed jury instructions,
12       objections to disputed jury instructions, and trial briefs to be filed and served.

Trial in this matter is currently set for February 24, 2014 at 8:30 a.m. The defendant is charged in a Superseding Indictment with four counts of Sexual Exploitation of a Minor in violation of Title 18, united States Code, Sections 2251(a) and (e). The purpose of this stipulation is to set forth the agreement between the defendant and the United States regarding a continuance of this trial to April 7, 2015 due to the stipulated reasons discussed above.

Because of the demands on counsel over the next six weeks, they will not be able to adequately prepare for the trial of these very serious charges. The length of the continuance is also necessary because to accommodate scheduling conflicts of several witnesses. Therefore, the parties have agreed that this matter should be reset for trial on April 7, 2015 at 8:30 a.m.

It is further stipulated that the time between February 24 and April 7, 2015 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for continuity of counsel and adequate defense preparation considering the factual complexity of the case and the seriousness of the charges involved.

Based on the above, it is respectfully requested that the status conference and motion hearing be continued as set forth above.

Dated:  January 14, 2015

/s/  Carl M. Faller
CARL M. FALLER
Attorney for Defendant
SHAWN JOSEPH MCCORMACK


BENJAMIN B. WAGNER
United States Attorney


By: /s/  Patrick R. Delahunty
PATRICK R. DELAHUNTY
Assistant U.S. Attorney
Attorney for the United States

//
//
//
//
//
//
//
//
//
//
//
//
//

## ORDER

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's trial currently set to commence on February 24, 2015 at 8:30 a.m. is hereby continued until April 7, 2015 at 8:30 a.m.

It is further ordered that the time between February 24, 2015 and April 7, 2015 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for continuity of counsel and adequate defense preparation, considering the factual complexity of the case and the seriousness of the charges involved

IT IS SO ORDERED.

Dated:   January 14, 2015                         _____
                                                                    SENIOR  DISTRICT  JUDGE