1  BENJAMIN B. WAGNER
United States Attorney
2  PATRICK DELAHUNTY
MEGAN A. S. RICHARDS
3  Assistant United States Attorney
2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
MAUREEN C. CAIN
7  U.S. Department of Justice
Child Exploitation & Obscenity
8  1400 New York Ave, Suite 600
Washington, D.C. 20530
9  Telephone: (202) 616-1685
Facsimile: (202) 514-1793
10

11 Attorneys for Plaintiff
United States of America
12

13                    IN THE UNITED STATES DISTRICT COURT

14                       EASTERN DISTRICT OF CALIFORNIA

15

16 UNITED STATES OF AMERICA,                CASE NO. 1:11-CR-00324 AWI

17                  Plaintiff,              STIPULATION AND [PROPOSED] ORDER
                                            BETWEEN THE UNITED STATES AND
18            v.                            DEFENDANT SHAWN MCCORMACK

19 SHAWN McCORMACK,

20                  Defendant.

21

22                                    **STIPULATION**

23

24
     WHEREAS, the discovery in this case contains private information about minor victims and
25
their families, including photographs of minor victims and personal identifying information regarding
26
those victims;
27
     WHEREAS, the discovery also contains some personal identifying information of the defendant
28

STIPULATION AND [PROPOSED]           1
ORDER

and other persons; and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant SHAWN McCORMACK by and through his counsel of record Carl Faller ("Defense Counsel"), and plaintiff the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of the discovery in this case (hereafter, collectively known as the "discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff.  Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. Defense counsel agrees not to allow the defendant to copy or have photographs of the victims in this case.  Defendant's contact with any discovery containing personal information of victims or their likeness will be limited to the defendant's review of the items in the presence of Defense Counsel.

5. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

STIPULATION AND [PROPOSED] ORDER               2

6. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

8. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

Dated: 2/23/15                                  BENJAMIN B. WAGNER
                                                United States Attorney


                                                /s/ Megan A. S. Richards
                                                MEGAN A. S. RICHARDS
                                                Assistant United States Attorney

Dated: 2/23/15                                  /s/ Carl Faller
                                                CARL FALLER
                                                Counsel for Defendant


**ORDER**

IT IS SO FOUND AND ORDERED this _____ day of _____, 2015

                                                _____
                                                UNITED STATES DISTRICT JUDGE