BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

MAUREEN C. CAIN
U.S. Department of Justice
Child Exploitation & Obscenity
1400 New York Ave, Suite 600
Washington, D.C. 20540
Telephone:  (202) 616-1685
Facsimile:  (202) 514-1793

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:11-CR-00324 AWI |
| Plaintiff, | GOVERNMENT'S PROPOSED VOIR DIRE |
| v. | DATE: April 7, 2015 |
| SHAWN JOSEPH McCORMACK, | TIME: 8:30 a.m. |
| Defendant. | COURT: Hon. Anthony W. Ishii |

## GOVERNMENT'S PROPOSED VOIR DIRE

The United States of America, by and through its attorneys, Benjamin B. Wagner, United States Attorney, Patrick R. Delahunty and Megan A.S. Richards, Assistant United States Attorneys, and Maureen C. Cain, Department of Justice Trial Attorney, requests that the following topics be covered by the court during voir dire:

## PART I - GENERAL VOIR DIRE

### A.  Knowledge of parties and attorneys

1. The most recent address for the Defendant, Shawn McCormack, is in Colorado Springs, Colorado.  Does any member of the panel know the defendant?

2. Does any member of the panel know the following potential witnesses who could be called in the trial:

- Detective Paul Krawczyk, Toronto Police Services
- HSI SA Scott Hall, Colorado Springs, CO
- Detective Bryan Rogers, Colorado Springs Police Department
- HSI SA Greg Squire, Boston, MA
- Viacom Representative [name to be provided]
- Pepperidge Farms Representative [name to be provided]
- HSI SA Veronica Pike, Bakersfield, CA
- Kamlesh Shihora
- Officer Robert Robles, Bakersfield Police Department
- Parents of minor victims "Ben" and "Elizabeth"
- Detective Adam Romine, Colorado Springs Police Department

3. Does any member of the panel know the defense attorney Carl Faller from Fresno, California?

4. Do you know, have you been represented by, or have friends or relatives who know or have been represented by the defendant's attorney or any other member of his office?

5. Does any member of the panel know the prosecutors Patrick Delahunty, Megan (Schultz) Richards, or Maureen Cain?

6. Do you know, have you been represented by, or have friends or relatives who know or have been represented by the Assistant U.S. Attorney or any other attorneys in the U.S. Attorney's Office?

**B.  Law Enforcement**

1. Have you ever received any training in law enforcement?  If so, please describe the nature of your training and length of the training.

2. Has any member of the panel, or relative or close friend, ever been employed by any federal, state, local or private law enforcement agency, such as a police department, a sheriff's office, a military stockade or brig, a private security company, or a penitentiary or other correctional facility?

If so, in what capacity did you, your relative or close friend serve?  If a relative or close friend is or was so employed, do you or did you often discuss their work with them?

**C.  Previous Jury Service**

1.  Has any member of the panel previously served as a juror?

2.  If so, was the case civil or criminal in nature?

3.  What was the outcome of the case?

4.  Is there anything about that experience that might interfere with your ability to be fair and impartial in this case?

**D.  Previous Experience As A Party To Litigation**

1.  Have you ever been a party to a lawsuit which has resulted in a trial?

2.  If so:

    (a)  were you a plaintiff or a defendant?

    (b)  what was the nature of the litigation?

    (c)  do you believe that you and/or the party with whom you were associated with in the litigation were treated fairly or unfairly by the legal system?

**E.  Legal Training and Experience**

1.  Have you had any training in law?

2.  Are you a practicing attorney?

    (a)  What was/is your area of practice?

    (b)  Has your practice ever involved criminal law?

        (i)  as a prosecutor?  If so, where and when?

        (ii)  as a defense attorney?  If so please describe the nature of your criminal defense practice?

GOVERNMENT'S PROPOSED VOIR DIRE

3

3. Are you or have you been a member of any criminal defense or prosecution-oriented associations or organizations? If so, please elaborate.

4. Are any members of your family, close friends, or work associates attorneys or employed in law offices? If so, in what type of law practice are they involved?

5. Have you ever been a party to a civil litigation, either as a plaintiff or defendant? If so, what was the nature of the litigation and the outcome? Is there anything about that experience which would cause you difficulty in being fair and impartial in this case?

**F.      Involvement In The Criminal Justice System**

1. Have you, or has any member of your family, or any close friend, ever been the victim of a crime or participated in a criminal case as a complainant, witness for the prosecution, or in some other capacity? If yes, please explain.

2. Have you, or has any member of your family, or any close friend, been arrested or the subject of a criminal investigation, or participated in a criminal case as a defendant, witness for the defense, or in some other capacity? If yes, please explain.

**G.      Employment/Dealings/Disputes With The United States**

1. Are you, or have you ever been, an official or employee of the United States government? If yes, please explain.

2. Is any member of your family or have they ever been, an official or employee of the United States government? If yes, please explain.

3. Have you ever had, or do you now have, or do you presently anticipate having, any case or dispute with or claim against the United States government?

4. Have you or any of your relatives or close friends ever had any unfavorable dealings or involvement, for example, disputes, lawsuits, audits, etc., with the United States Government or the United States Attorney's Office?

5.  Do any of you have any personal feelings about the federal government for whatever reason?

**H.  Impairment or Bias**

1.  Do you have any physical or mental difficulties which might prevent you from seeing or reading exhibits introduced in evidence, from hearing the testimony that will come from the witness chair or otherwise might interfere with your duties as a fair and impartial juror?

2.  Are you now taking or do you anticipate taking medication of any kind during the course of the trial that might affect your attention or your ability to concentrate, understand, consider and weigh the evidence in this case?

3.  Do you have any convictions, whether moral, political, religious, philosophical or otherwise, that would prevent you from being a fair and impartial juror in this case or that would make it difficult for you to sit in judgment of your fellow man? For example, do you believe that no one should ever be convicted? Do you believe that a person is guilty just because he is here in court?

4.  To admit to having some sympathy for either the defendant or the United States in this case is nothing to be ashamed of and does not reflect badly upon you as a person.  However, both the United States and the defendant are entitled to have this case heard by a fair and impartial jury that will decide the case solely according to the evidence admitted in this Court, according to the Court's instructions on the law, and without regard to any bias, sympathy, prejudice or public opinion for either party. With this in mind, do any of you know any reason why you would be unable to give either the United States or the defendant a fair trial based solely on the evidence admitted at trial and the instructions given by the Court without regard to sympathy, bias or prejudice?

///

///

///

///

# PART II - CASE SPECIFIC VOIR DIRE

## A.  Case Background

1.  The defendant in this case is charged with federal offenses of kidnapping and the production of child pornography involving two very young children.   Do you know anything at all about the facts of this case from any source, including the media?

3.  Have you heard anything about this case since you arrived at the courthouse?

## B.  Computer Literacy/Child Pornography Information

1.  Does your job require working with computers?

    If so, please describe the nature of your work with computers.

2.  Do you own a computer?

    If so, please describe what programs you utilize, and how proficient you are in using the computer?

3.  Do you access the Internet?

    If so, for what purpose or purposes do you access the Internet?  If so, how much time do you spend on the Internet on a regular basis?  If so, have you ever used the peer-to-peer file sharing website Gigatribe?

4.  Do you have any training in the field of computers, or specialized knowledge of computers, interactive computer services, or computer analysis or forensics?

    If so, please describe your training or specialized knowledge.

5.  Would the fact that this case involves the production of child pornography, in other words images depicting minors engaged in sexually explicit conduct, prevent you from rendering a fair and impartial verdict?

6.  As I am certain you have surmised, a part of the evidence in this case could be the videos and images themselves, which the United States alleges (a) constitute child pornography; and (b) are images

or videos that the defendant produced.    These images are distasteful, offensive, and unpleasant to view. However, the prospect of having to see distasteful, offensive or unpleasant evidence is not a basis to avoid the responsibility of jury service.  Many cases, both criminal and civil, involve unpleasant things. If we excused prospective jurors on the ground that jury duty makes demands - including some unpleasant demands - then we could not function.   Moreover, the parties have the right to expect that prospective jurors will not seek to avoid jury service simply because they would rather not serve, or because they would like to avoid viewing unpleasant evidence.  Having said that, is there anyone who honestly believes there is some compelling reason why he or she could not be an impartial juror - that is to consider all of the evidence and follow the law - simply because images depicting child pornography will be presented to you to view as evidence in the trial?

7.  Do you have any opinions, religious beliefs, philosophies, or prejudices which would make you unable to come to a verdict in this case?  For example, do you believe that no person should ever be judged or convicted?

8.  Do you know of any reason why you may be prejudiced for or against the United States, for or against any witness, or for or against the defendants because of the nature of the charges or otherwise?

Dated:  April 2, 2015                                BENJAMIN B. WAGNER
                                                     United States Attorney


                                                     /s/ Patrick R. Delahunty
                                            By:   /s/ Megan A.S. Richards
                                                     Assistant United States Attorney


                                                     /s/Maureen C. Cain
                                                     U.S. Department of Justice