# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No.   1:11-CR-00324 AWI |
| SHAWN JOSEPH McCORMACK ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Custodian of Records
CenturyLink Law Enforcement Support, RM 1D
600 New Century Parkway
New Century, KS 66031

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. COURTHOUSE AND FEDERAL BUILDING<br>2500 TULARE STREET, FRESNO, CA 93721<br><br>CHECK IN AT: U.S. ATTORNEY'S OFFICE,<br>2500 TULARE STREET, 4TH FLOOR<br>FRESNO, CA 93721 | Courtroom No.: | Honorable Anthony W. Ishii<br>8th Floor, Courtroom 2 |
|---|---|---|---|
| | MAILING ADDRESS: U.S. ATTORNEY'S OFFICE,<br>2500 TULARE STREET, STE 4401<br>FRESNO, CA 93721 | Date and Time: | April 7, 2015<br>8:30 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Business record showing subscriber information for IP address 71.221.105.230 on 6/5/10 at 11:14 (GMT-400), including the following: name, address, local and/or long distance telephone number, connection records of session times, length of service (including start date) and types of service utilized, telephone or instrument number or other subscriber number or identity, including any temporary assigned network address; and means of source of payment for such service (including any credit card and/or bank account number concerning the above IP address, used at the time and date specified above) **as previously provided in the attached document, bearing tracking number 231046**



**TRACKING NUMBER: 231046**

71.221.105.230      6/5/10      11:14 (GMT-400)

**CONNECTION LOG (GMT):**
06/05/10 05:12:47 06/05/10 05:12:47 **mcshawn1068**    71.221.105.230

This session was still active as of 6/7/10.

USER ID: mcshawn1068
EMAIL: None

BTN: 719 495 2854

SUBSCRIBER:
MCCORACK, SHAWN
14275 VESSEY CIR, BLACK FOREST CO

ESTAB 6-04-10
CURRENTLY ACTIVE

TYPES OF SERVICE:
RESIDENTIAL LINE
DSL INTERNET SERVICE - USING ETHERNET ARCHITECTURE
3 WAY CALLING
LAST CALL RETURN
CALL WAITING ID
SELECT CALL FORWARDING
REMOTE ACCESS FORWARDING
CALL FORWARDING
CALLER ID
ANOYMOUS CALL REJECTION
VOICE MESSAGING

METHOD OF PAYMENT UNKNOWN

| 1. To (Name, Address, City, State, Zip Code) <br> Qwest Communications Co:Custodian of Record <br> 1801 California Street <br> Denver, CO 80902 <br> Office 303-896-2522 <br> Fax 303-896-4474 | DEPARTMENT OF HOMELAND SECURITY <br> **SUMMONS** <br> to Appear and/or Produce Records <br> 19 U.S.C. § 1509 |
|---|---|

Summons Number 09-064

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ APPEAR before the U.S. Customs and Border Protection (CBP) Officer or U.S. Immigration and Customs Enforcement (ICE) Special Agent named in Block 2 at the place, date, and time indicated to testify and give information.

(B) ☒ PRODUCE the records (including statements, declarations, and other documents) indicated in Block 3 before the CBP Officer or ICE Special Agent named in Block 2 at the place, date, and time indicated.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties, or forfeitures, and/or to ensure compliance with the laws or regulations administered by CBP and ICE.

Failure to comply with this summons will render you liable to proceedings in a U.S. District Court to enforce compliance with this summons as well as other sanctions.

| 2. (A) CBP Officer or ICE Special Agent before whom you are required to appear <br><br> Name Scott Hall <br> Title Special Agent <br> Address 415 E Pikes Peak Ave. Suite 200 <br> Colorado Springs, CO 80903 <br> Telephone Number 719-578-3413 | (B) Date 06/07/2010 <br><br> (C) Time 11:33 ☒ a.m. ☐ p.m. |
|---|---|

3. Records required to be produced for inspection
Please see attached

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of federal law.*

Issued under authority of section 509, Tariff Act of 1930, as amended by Public law 95-410 (19 U.S.C. § 1509); 44 F.R. 2217; Homeland Security Act of 2002

| 4. Name of person authorized to serve this summons or any other CBP Officer or ICE Special Agent <br><br> Scott Hall Special Agent | 5. Date of issue 06/07/2010 <br><br> By ___E ZC P___ FOR <br> (Signature) |
|---|---|
| If you have any questions regarding this summons, contact the CBP Officer or ICE Special Agent identified in Block 2. | 6. Name, title, address, and telephone number of person issuing this summons <br> Name Kumar Kibble <br> Title Special Agent in Charge <br> Address 5445 DTC, Pkwy, Ste., 600 <br> Englewood, CO 80111 <br> Telephone Number 303-721-3000 |

DHS Form 3115 (6/09)

**Office of Investigations**
**U.S. Department of Homeland Security**
705 S Nevada Ave. 2nd floor, Major Crimes
Colorado Springs, CO 80903

June 7, 2010

Qwest Communications Company, LLC.
Custodian of Records/Compliance and Investigations
1801 California Street
Denver, CO 80902

Re: **US Immigration and Customs Enforcement Summons 09-064**

Dear Legal Department:

Pursuant to an ongoing child exploitation investigation being conducted by the United States Immigration and Customs Enforcement, you are directed to provide the name, address, local and/or long distance telephone number, connection records of session times, length of service (including start date) and types of service utilized, telephone or instrument number or other subscriber number or identity, including any temporary assigned network address; and means of source of payment for such service (including any credit card and/or bank account number concerning the following IP address, used at the time and date specified below, as per H.R. 3162 effective 10/26/2001.

: IP Address: 71.221.105.230 Subscriber info, user name, IP logs and account password, for 06/05/2010 at 11:14 (GMT-400)

*** See Attachment ***

Please indicate the date and time the above IP address was leased to this account and for what length of time this account utilized the above IP address.

You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede this investigation and thereby interfere with the enforcement of Federal law.

It is requested that you respond to this summons *as soon as possible* to the address and/or fax number listed in block 2 of the Summons (attachment).

We have reason to believe that a minor child is in serious danger of death or serious bodily injury please respond ASAP.

Scott Hall - Senior Special Agent
Immigration and Customs Enforcement
Colorado Springs RAC Office
415 E. Pikes Peak Avenue
Colorado Springs, CO 80903
(O) 719-578-3413, Fx 719-635-9670, Cell 719-433-4506

scott.hall@dhs.gov

## RULE 902(11) CERTIFICATE OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

1. I am an employee of CenturyLink Communications, formerly Qwest Communications. My Title is _Security Specialist III, Sharlene Choyce_

In the course of my employment, I have access to Qwest Communications business records of my employer, including subscriber information, and I am authorized to certify these records as a custodian of records.

2. Pursuant to federal Trial Subpoena dated March 10, 2015, my employer has produced records to the U.S. Attorney's Office for the Eastern District of California, consisting of documents relating to the documents listed below.

3. Pursuant to Federal Rule of Evidence 902(11), I certify that the records produced in response to the Trial Subpoena:

(A) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; and

(B) Were kept in the course of my employer's regularly conducted activity; and

(C) Were made by the regularly conducted activity as a regular practice.

Under the penalties of perjury under the laws of the United States, I certify that the above is true and correct, and if called as a witness, I could competently testify thereto.

Executed this _25_ day of _March_, 2015, at _Denver Colorado_

_Sharlene Choyce_
Name:
Title: _Security Specialist III_

Description of document provided:

Business record showing subscriber information for IP address 71.221.105.230 on 6/5/10 at 11:14 (GMT-400), including the following: name, address, local and/or long distance telephone number, connection records of session times, length of service (including start date) and types of service utilized, telephone or instrument number or other subscriber number or identity, including any temporary assigned network address; and means of source of payment for such service (including any credit card and/or bank account number concerning the above IP address, used at the time and date specified above), as previously provided in the document bearing tracking number 231046.

CERTIFICATE PROVIDED TO:
Megan A. S. Richards
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA 93721

RULE 902(11) CERTIFICATE OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

1. I am an employee of Warner Bros. Entertainment Inc. My Title is Senior Vice President and Senior Litigation Counsel

In the course of my employment, I have access to the records of my employer, and I am authorized to certify these records as a custodian of records.

2. Pursuant to federal Trial Subpoena dated March 20, 2015, my employer has produced records to the U.S. Attorney's Office for the Eastern District of California, consisting of documents relating to the programming listed below.

3. Pursuant to Federal Rule of Evidence 902(11), I certify that the records produced in response to the Trial Subpoena:

(A) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; and

(B) Were kept in the course of my employer's regularly conducted activity; and

(C) Were made by the regularly conducted activity as a regular practice.

Under the penalties of perjury under the laws of the United States, I certify that the above is true and correct, and if called as a witness, I could competently testify thereto.

Executed this 25th day of March 2015, at Burbank, CA.

Name: Janet M. Grady
Title: SVP and Senior Litigation Counsel

Description of documents provided:

A copy of the following television episode: "Cheers Looking at You, Kid, <u>Family Matters</u> (Episode No. 131); and a script of the same.

CERTIFICATE PROVIDED TO:
Megan A. S. Richards
Assistant United States Attorney
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, CA 93721

**BUSINESS RECORDS DECLARATION**

Request for Documents regarding: )
toddlers24@yahoo.com, et al. )
)
) **DECLARATION OF**
) **ERIN O'NEILL**
)

I, Erin O'Neill, declare:

1. I am a Custodian of Records for Yahoo! Inc. ("Yahoo!"), located in Sunnyvale, California. I am authorized to submit this declaration on behalf of Yahoo!. I make this declaration pursuant to the Federal Rules of Evidence Rule 902(11) and in response to a Search Warrant dated November 7, 2011. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. Attached hereto are true and correct copies of 12 pages and 1 DVD-R of the following data pertaining to the Yahoo! ID identified in the Search Warrant: 1) the user profile, as produced by the Yahoo! Account Management Tool; 2) the dates, times and Internet Protocol ("IP") addresses for logins; 3) snapshots of the email account contents maintained in the specified account; 4) the Messenger friends list, as produced by the Yahoo! Account Management Tool; and 5) the Address Book contents. Yahoo!'s servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted, and this data is kept in the course of this regularly conducted activity and was made by regularly

1  conducted activity as a regular practice.  Yahoo! may not require or verify user
2  information because it offers many of its user services for free.

3

4  3.  Pursuant to the Federal Stored Communications Act, 18 U.S.C. §§2701, et seq., we
5  have redacted information, including removing certain data fields, that exceeds the
6  scope of this request, is protected from disclosure or is otherwise not subject to
7  production.

8

9  I declare under penalty of perjury under the laws of the United States of America and the
10 State of California that the foregoing is true and correct.

11

12 DATED:   November 29, 2011

13                                                                              Erin O'Neill