BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

MAUREEN C. CAIN
U.S. Department of Justice
Child Exploitation & Obscenity
1400 New York Ave, Suite 600
Washington, D.C. 20540
Telephone: (202) 616-1685
Facsimile: (202) 514-1793

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHAWN JOSEPH McCORMACK, <br><br> Defendant. | CASE NO. 1:11-CR-00324 AWI <br><br> THE UNITED STATES' WITNESS LIST <br><br> DATE: April 7, 2015 <br> TIME: 8:30 a.m. <br> COURT: Hon. Anthony W. Ishii |

    The United States of America, by and through its attorneys, Benjamin B. Wagner, United States Attorney, Patrick R. Delahunty and Megan S. Richards, Assistant United States' Attorneys, and Maureen C. Cain, Trial Counsel for the Department of Justice's Child Exploitation and Obscenity Section, files this list of witnesses who might be called at this action's trial during the government's case-in-chief. The United States reserves its right to present additional witnesses that might become necessary based on developments at trial and in rebuttal to defense evidence or arguments.

    1. Detective Paul Krawczyk

        Toronto Police Service

STIPULATION      1

      Toronto, Canada

2. Special Agent Scott Hall

      Homeland Security Investigations ("HSI")

      Colorado Springs, Colorado

3. Detective Bryan Rogers

      Colorado Springs Police Department

      Colorado Springs, Colorado

4. Special Agent Greg Squire

      HSI

      Boston, Massachusetts

5. Adam Hime

      Viacom

      Santa Monica, California

6. Joe Caporale

      Viacom

      New York, New York

7. Representative from Campbell Soup, Pepperidge Farm, or MEC

      To be determined

      Location to be determined

8. Kamlesh Shihora

      Former Co-Owner of the California Best Inn, Bakersfield, California

      San Diego, California

9. Detective Robert Robles

      Bakersfield Police Department

      Bakersfield, California

10. Andrew[1]

---

[1] The parties have agreed to enter a stipulation that the victims in this action, and their parents, will be referred to only by their first name in order to protect their privacy.

   Father of victims

   Paso Robles, California

11. Officer Adam Romine

   Colorado Springs Police Department

   Colorado Springs, Colorado

12. Karen

   Mother of victims

   Paso Robles, California

Dated:  April 2, 1015                                             BENJAMIN B. WAGNER
                                                                  United States Attorney


                                                                  /s/ Patrick R. Delahunty
                                                            By:   /s/ Megan A. S. Richards
                                                                  Patrick R. Delahunty
                                                                  Megan A.S. Richards
                                                                  Assistant United States Attorney

                                                                  /s/ Maureen C. Cain
                                                                  Maureen C. Cain
                                                                  U.S. Department of Justice

STIPULATION                                    3