IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

              v.

SHAWN JOSEPH McCORMACK,

                    Defendant.

CASE NO.  1:11-CR-00324 AWI-BAM

## **VERDICT**

1. **Count One of the Indictment**

   As to the offense of Sexual Exploitation of a Child in violation of title 18, United States Code, Section 2251(a),

   We, the Jury, find the defendant, **SHAWN JOSEPH MCCORMACK**:


Guilty _____                 Not Guilty _____

2. **<u>Count Two of the Indictment</u>**

As to the offense of Sexual Exploitation of a Child in violation of title 18, United States Code, Section 2251(a),

We, the Jury, find the defendant, **SHAWN JOSEPH MCCORMACK**:

Guilty _____                    Not Guilty _____

**3.  <u>Count 3 of the Indictment</u>**

As to the offense of Sexual Exploitation of a Child in violation of title 18, United States Code, Section 2251(a),

We, the Jury, find the defendant, **SHAWN JOSEPH MCCORMACK**:

Guilty _____                    Not Guilty _____

4. **<u>Count 4 of the Indictment</u>**

As to the offense of Sexual Exploitation of a Child in violation of title 18, United States Code, Section 2251(a),

We, the Jury, find the defendant, **SHAWN JOSEPH MCCORMACK**:

Guilty _____                    Not Guilty _____

4

**5.  <u>Count 5 of the Indictment</u>**

As to the offense of Kidnapping in violation of title 18, United States Code, Section 1201(a) and (g),

We, the Jury, find the defendant, **SHAWN JOSEPH MCCORMACK**:

Guilty _____              Not Guilty _____

**6.** **<u>Count 6 of the Indictment</u>**

As to the offense of Kidnapping in violation of title 18, United States Code, Section 1201(a) and (g),

We, the Jury, find the defendant, **SHAWN JOSEPH MCCORMACK**:

Guilty _____                    Not Guilty _____

If you find the defendant guilty of the completed offense of kidnapping, do not go further.

If you do not find the defendant guilty of the completed offense of kidnapping, next please consider whether the defendant attempted to commit the offense of kidnapping below:

As to the offense of Attempted Kidnapping in violation of title 18, United States Code, Section 1201(a), (d), and (g),

We, the Jury, find the defendant, **SHAWN JOSEPH MCCORMACK**:

Guilty _____                    Not Guilty _____

SO SAY WE ALL, this _____ day of April, 2015.

_____
FOREPERSON