BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

MAUREEN C. CAIN
U.S. Department of Justice
Child Exploitation & Obscenity
1400 New York Ave, Suite 600
Washington, D.C. 20540
Telephone: (202) 616-1685
Facsimile: (202) 514-1793

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>         v.<br><br>SHAWN JOSEPH McCORMACK,<br><br>                     Defendants. | CASE NO. 1:11-CR-00324 AWI<br><br>GOVERNMENT'S EXHIBIT LIST<br><br>DATE: April 7, 2015<br>TIME: 8:30 a.m.<br>COURT: Hon. Anthony W. Ishii |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief. Items containing child pornography in non-redacted form are marked with an asterisk.

| EXHIBIT NO. | DESCRIPTION | ADMITTED IN EVIDENCE | OBJECTION FOUNDATION | OTHER OBJECTION |
|---|---|---|---|---|
| 1 | Gigatribe Screenshot "invite apr 27" | | | |
| 2 | Gigatribe Screenshot "11-14-30" | | | |
| 3 | Gigatribe Screenshot "11-14-53" | | | |
| 4 | Gigatribe Screenshot "12-01-11" | | | |
| 5 | Gigatribe Screenshot "12-09-45" | | | |
| 6 | Gigatribe Screenshot "12-21-41"* | | | |
| 7 | Gigatribe Screenshot "12-30-13" | | | |
| 8 | Gigatribe Screenshot "12-34-24" | | | |

| | | | | |
|---|---|---|---|---|
| 9 | Gigatribe Screenshot "12-35-10" | | | |
| 10 | Gigatribe Screenshot "12-35-26" | | | |
| 11 | Gigatribe Screenshot "12-35-48"* | | | |
| 12 | Gigatribe Screenshot "12-36-01" | | | |
| 13 | Gigatribe Screenshot "12-36-40" | | | |
| 14 | Gigatribe Screenshot "12-42-54" | | | |
| 15 | Gigatribe Screenshot "12-44-21"* | | | |
| 16 | Gigatribe Screenshot "12-54-58" | | | |
| 17 | Gigatribe Screenshot "12-55-15" | | | |

| | | | | |
|---|---|---|---|---|
| 18 | Gigatribe Screenshot "12-55-35" | | | |
| 19 | Gigatribe Screenshot "1-17-42" | | | |
| 20 | Gigatribe Screenshot "1-18-15" | | | |
| 21 | Gigatribe Screenshot "PICT0285.jpg" | | | |
| 22 | Gigatribe Screenshot "PICT0286.jpg" | | | |
| 23 | Toshiba Laptop (physical item) | | | |
| 24 | Best Buy Receipt (physical item) | | | |
| 25 | Quest Mail Envelope (physical item) | | | |
| 26 | Quest Mail Envelope (physical item) | | | |

| | | | | |
|---|---|---|---|---|
| 27 | Mail from Verizon Front Range Wireless (physical item) | | | |
| 28 | EnCase – registered user | | | |
| 29 | EnCase – Users on the system | | | |
| 30 | EnCase – toddlers24 Yahoo! Account | | | |
| 31 | EnCase – 937137 Gigatribe account | | | |
| 32 | Craigslist searches | | | |
| 33 | PICT0276.jpg* | | | |
| 34 | PICT0276.jpg (redacted) | | | |
| 35 | PICT0277.jpg* | | | |
| 36 | PICT0277.jpg (redacted) | | | |
| 37 | PICT0278.jpg* | | | |
| 38 | PICT0278.jpg (redacted) | | | |
| 39 | PICT0279.jpg* | | | |
| 40 | PICT0279.jpg (redacted) | | | |

GOVERNMENT'S EXHIBIT LIST

5

| | | | | |
|---|---|---|---|---|
| 41 | PICT0301_(2).avi* (compact disc) | | | |
| 42 | PICT0301_(2).avi (clip, 30 seconds)* (compact disc) | | | |
| 43 | PICT0301_(2).avi (extracted Family Matters audio) (compact disc) | | | |
| 44 | PICT0301_(2).avi (extracted commercial audio) (compact disc) | | | |
| 45 | PICT0301_(2).avi – Screenshot I* | | | |
| 46 | PICT0301_(2).avi – Screenshot I (redacted) | | | |
| 47 | PICT0301_(2).avi – Screenshot II (redacted) | | | |
| 48 | PICTO290.jpg* | | | |
| 49 | PICT0281.jpg* | | | |
| 50 | PICT0281.jpg (redacted) | | | |
| 51 | PICT0301.avi* (compact disc) | | | |

| | | | | |
|---|---|---|---|---|
| 52 | PICT0301.avi (clip, 19 seconds)* (compact disc) | | | |
| 53 | PICT0301.avi (screenshot)* | | | |
| 54 | PICT0301.avi (screenshot, redacted) | | | |
| 55 | PICT0301.avi (screenshot 2, redacted) | | | |
| 56 | PICT0283.avi* (compact disc) | | | |
| 57 | PICT0283.avi (clip, 33 seconds)* (compact disc) | | | |
| 58 | PICT0283.avi (screenshot)* | | | |
| 59 | PICT0283.avi (screenshot, redacted) | | | |
| 60 | PICT0283.avi – screenshot 2 | | | |
| 61 | PICT0303.jpg* | | | |
| 62 | PICT0303.jpg (redacted) | | | |
| 63 | PICT0304.jpg* | | | |

| | | | | |
|---|---|---|---|---|
| 64 | PICT0304.jpg (redacted) | | | |
| 65 | PICT0307.jpg* | | | |
| 66 | PICT0307.jpg (redacted) | | | |
| 67 | PICT0308.jpg* | | | |
| 68 | PICT0308.jpg (redacted) | | | |
| 69 | PICTO291.jpg* | | | |
| 70 | PICT0291.jpg* enhanced granite curtain | | | |
| 71 | Redacted Image for parent identification 1 | | | |
| 72 | Redacted Image for parent identification 2 | | | |
| 73 | Redacted Image for parent identification 3 | | | |
| 74 | [intentionally left blank] | | | |
| 75 | [intentionally left blank] | | | |
| 76 | Atadata chats | | | |

| 77 | Filetradermom chat | | | |
|---|---|---|---|---|
| 78 | Jessietac chats | | | |
| 79 | Youngdaddy chats | | | |
| 80 | Toddlercumdaddy chats | | | |
| 81 | Family Matters episode 131 [physical item] | | | |
| 82 | Family Matters script for episode 131 | | | |
| 83 | 902(11) declaration | For authentication purposes only | | |
| 84 | Family Matters programming schedule | | | |
| 85 | 902(11) declaration | For authentication purposes only | | |
| 86 | Choc Rev commercial [physical item] | | | |
| 86A | Choc Rev commercial 902(11) declaration | | | |

| | | | | |
|---|---|---|---|---|
| 87 | Choc Rev commercial programming schedule | | | |
| 88 | 902(11) declaration | For authentication only | | |
| 89 | Room Composite | | | |
| 90 | Enhanced Granite | | | |
| 91 | Redacted photo of Ben I | | | |
| 92 | Redacted photo of Ben II | | | |
| 93 | Redacted photo of Ben III | | | |
| 94 | Hotel door | | | |
| 95 | Hotel room | | | |
| 96 | Hotel granite | | | |
| 97 | Hotel bathroom | | | |
| 98 | Ben circa 2009 picture from parents | | | |
| 99 | Elizabeth circa 2009 picture from parents | | | |
| 100 | [intentionally left blank] | | | |

| | | | | |
|---|---|---|---|---|
| 101 | Cal. Best Inn Handwritten Daily Report for 3/28/09 | | | |
| 102 | Cal. Best Inn Automatic Daily Report for 3/28/09 | | | |
| 103 | Cal. Best Inn Availability Sheets for March 2009 | | | |
| 104 | McCormack Guest Record with DL | | | |
| 105 | [intentionally left blank] | | | |
| 106 | 2011 search warrant photo of work badge | | | |
| 107 | 2011 search warrant photo of face masks and belt | | | |
| 108 | 2011 search warrant photo of grey t-shirt | | | |
| 109 | 2011 search warrant photo of grey t-shirt | | | |

| | | | | |
|---|---|---|---|---|
| 110 | 2011 search warrant photo of belt | | | |
| 111 | 2011 search warrant photo of boxer shorts | | | |
| 112 | 2011 search warrant photo of red long-sleeved shirt | | | |
| 113 | 2011 search warrant photo of red t-shirt | | | |
| 114 | 2011 search warrant of red t-shirt | | | |
| 115 | Dark face mask (physical item) | | | |
| 116 | Dark face mask (physical item) | | | |
| 117 | Dark face mask (physical item) | | | |
| 118 | Dark face mask (physical item) | | | |
| 119 | Dark face mask (physical item) | | | |

| | | | | |
|---|---|---|---|---|
| 120 | Belt (physical item) | | | |
| 121 | Belt (physical item) | | | |
| 122 | Grey t-shirt (physical item) | | | |
| 123 | Grey t-shirt (physical item) | | | |
| 124 | Red shirt (physical item) | | | |
| 125 | Red t-shirt (physical item) | | | |
| 126 | Red t-shirt (physical item) | | | |
| 127 | Boxer shorts (physical item) | | | |
| 128 | Email dated 12/2/08 from toddlers24 to kinder_lover with IMG_1198 and IMG_1199* | | | |
| 129 | Email dated 2/6/11 from toddlers24 to kinder_lover | | | |

| | | | | |
|---|---|---|---|---|
| 130 | Email dated 12/5/08 from toddlers24 to do9ly at 4:46 AM with IMG_1204* | | | |
| 131 | Email dated 12/5/08 from toddlers24 to do9ly with IMG_1198.jpg & IMG_1199.jpg* | | | |
| 132 | Email dated 2/6/11 from toddlers24 to mikey_angarano | | | |
| 133 | Yahoo user information for shawns525 account | | | |
| 134 | Email dated 5/8/10 from shawns525 to johnceciliavessey titled "house for rent" | | | |
| 135 | Email dated 1/28/11 from shawns525 to craigslist.org titled "Hello" | | | |

| | | | | |
|---|---|---|---|---|
| 136 | Email dated 11/18/10 from Mountain View Electric to Shawns525 | | | |
| 137 | Email dated 2/1/11 from shawns525 to droseth1011 at 9:13 pm | | | |
| 138 | Email dated 2/3/11 from shawns525 to droseth1011 at 9:08 pm | | | |
| 139 | Email dated 5/22/11 from shawns525 to slaveboy24 at 6:33 pm with 20023134kSV.jpg | | | |
| 140 | Email dated 5/22/11 from shawns525 to slaveboy24 at 2:51 pm | | | |

| | | | | |
|---|---|---|---|---|
| 141 | 2011 search warrant photo of Chevy Silverado – front of car | | | |
| 142 | 2011 search warrant photo of Chevy Silverado – license plate | | | |
| 143 | Search warrant photo of Chevy Silverado – side view of car | | | |
| 144 | Search warrant photo of Chevy Silverado – front seat | | | |
| 145 | Search warrant photo of Chevy Silverado - close up of front seat | | | |
| 146 | Search Warrant photo of Chevy Silverado – close up of front seat | | | |

| | | | | |
|---|---|---|---|---|
| 147 | Search warrant photo of Chevy Silverado – back seat | | | |
| 148 | Search warrant photo of Chevy Silverado – close up of back seat | | | |
| 149 | Search warrant photo of Chevy Silverado – close up of back seat | | | |
| 150 | Search warrant photo of Chevy Silverado – close up of back seat | | | |
| 151 | Search warrant photo of car registration | | | |
| 152 | Search warrant photo of car registration – close up | | | |
| 153 | Miranda Waiver Form signed by Defendant | | | |

| 154 | Video of Defendant's interview | | | |
|---|---|---|---|---|
| 155 | Quest Record | | | |
| 156 | Quest/CenturyLink 902(11) certification | Authentication purposes only | | |
| 157 | Yahoo 902(11) certification | Authentication purposes only | | |

Dated:  April 2, 2015

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Patrick R. Delahunty
/s Megan A. S. Richards
Patrick R. Delahunty
Megan A. S. Richards
Assistant United States Attorney

/s/ Maureen C. Cain
Maureen C. Cain
Department of Justice