CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-679-4999
carl.faller@fallerdefense.com

Attorney for Defendant
SHAWN JOSEPH McCORMACK

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SHAWN JOSEPH MCCORMACK,<br><br>　　　　Defendant. | Case No.: 1:11-cr-00324 AWI BAM<br><br>DEFENSE LIST OF PROSPECTIVE WITNESSES<br><br>Date: April 7, 2015<br>Time: 9:00 am<br>Honorable Anthony W. Ishii |

In addition to the witnesses identified by the government, and the defendant, the following are prospective witnesses on behalf of the defense in this case:

　　　　　　　　　　　Osiel Garza

　　　　　　　　　　　Marsha McCormack

　　　　　　　　　　　Scott McCormack

Dated:  April 4, 2015

　　　　　　　　　　　　　　　　　/s/  Carl M. Faller_____
　　　　　　　　　　　　　　　　　CARL M. FALLER
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　SHAWN JOSEPH MCCORMACK