# UNITED STATES DISTRICT COURT

Eastern    DISTRICT OF    California

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
| V. | |
| SHAWN JOSEPH MCCORMACK | Case Number:   1:11-cr-00324-AWI-BAM |

| PRESIDING JUDGE<br>ANTHONY W. ISHII | PLAINTIFF'S ATTORNEY<br>M. Richards, P. Delahunty, M. Cain | DEFENDANT'S ATTORNEY<br>C. Faller |
|---|---|---|
| TRIAL DATE (S)<br>4/7/2015 - 4/9/2015 | COURT REPORTER<br>K. Hooven | COURTROOM DEPUTY<br>R. Gaumnitz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/7/2015 | | | |
| 81 | | | | X | Family Matters episode 131 [physical item] (by stipulation) |
| 82 | | | | X | Family Matters script for episode 131 (by stipulation) |
| 84 | | | | X | Family Matters programming schedule (by stipulation) |
| 86 | | | | X | Choc Rev commercial [physical item] (by stipulation) |
| 155 | | | | X | Quest Record (by stipulation) |
| X | | | | | **Paul Krawczyk sworn and testified** (qualified as an expert in peer to peer file sharing networks) |
| 1 | | | | X | Gigatribe Screenshot "invite apr 27" |
| 2 | | | | X | Gigatribe Screenshot "11-14-30" |
| 14 | | | | X | Gigatribe Screenshot "12-42-54" |
| 3 | | | | X | Gigatribe Screenshot "11-14-53" |
| 4 | | | | X | Gigatribe Screenshot "12-01-11" |
| 5 | | | | X | Gigatribe Screenshot "12-09-45" |
| 13 | | | | X | Gigatribe Screenshot "12-36-40" |
| 18 | | | | X | Gigatribe Screenshot "12-55-35" |
| 19 | | | | X | Gigatribe Screenshot "1-17-42" |
| 20 | | | | X | Gigatribe Screenshot "1-18-15" |
| 7 | | | | X | Gigatribe Screenshot "12-30-13" |
| 8 | | | | X | Gigatribe Screenshot "12-34-24" |
| 9 | | | | X | Gigatribe Screenshot "12-35-10" |
| 17 | | | | X | Gigatribe Screenshot "12-55-15" |

| | | | | | |
|---|---|---|---|---|---|
| 6 | | | | X | Gigatribe Screenshot "12-21-41"* |
| 11 | | | | X | Gigatribe Screenshot "12-35-48"* |
| 21 | | | | X | Gigatribe Screenshot "PICT0285.jpg" |
| 22 | | | | X | Gigatribe Screenshot "PICT0286.jpg" |
| 10 | | | | X | Gigatribe Screenshot "12-35-26" |
| | | 4/8/2015 | | | |
| X | | | | | **Paul Krawczyk completed testimony** |
| X | | | | | **Scott D. Hall sworn and testified** |
| 23 | | | | X | Toshiba Laptop (physical item) |
| 24 | | | | X | Best Buy Receipt (physical item) |
| 25 | | | | X | Quest Mail Envelope (physical item) |
| 26 | | | | X | Quest Mail Envelope (physical item) |
| 27 | | | | X | Quest Mail Envelope (physical item) |
| X | | | | | **Brian Rogers sworn and testified** (qualified as an expert in computer forensic analysis) |
| 28 | | | | X | EnCase – registered user |
| 29 | | | | X | EnCase – Users on the system |
| 30 | | | | X | EnCase – toddlers24 Yahoo! Account |
| 31 | | | | X | EnCase – 937137 Gigatribe account |
| 32 | | | | X | Craigslist searches |
| 33 | | | | X | PICT0276.jpg* |
| 34 | | | | X | PICT0276.jpg (redacted) |
| 35 | | | | X | PICT0277.jpg* |
| 36 | | | | X | PICT0277.jpg (redacted) |
| 37 | | | | X | PICT0278.jpg* |
| 38 | | | | X | PICT0278.jpg (redacted) |
| 39 | | | | X | PICT0279.jpg* |
| 40 | | | | X | PICT0279.jpg (redacted) |
| 42 | | | | X | PICT0301_(2).avi (clip, 30 seconds)* (compact disc) |
| 46 | | | | X | PICT0301_(2).avi – Screenshot I (redacted) |
| 48 | | | | X | PICTO290.jpg* |
| 49 | | | | X | PICT0281.jpg* |
| 50 | | | | X | PICT0281.jpg (redacted) |

| | | | | | |
|---|---|---|---|---|---|
| 52 | | | | X | PICT0301.avi (clip, 19 seconds)* (compact disc) |
| 54 | | | | X | PICT0301.avi (screenshot, redacted) |
| 55 | | | | X | PICT0301.avi (screenshot 2, redacted) |
| 57 | | | | X | PICT0283.avi (clip, 33 seconds)* (compact disc) |
| 59 | | | | X | PICT0283.avi (screenshot, redacted) |
| 60 | | | | X | PICT0283.avi – screenshot 2 |
| 61 | | | | X | PICT0303.jpg* |
| 62 | | | | X | PICT0303.jpg (redacted) |
| 63 | | | | X | PICT0304.jpg* |
| 64 | | | | X | PICT0304.jpg (redacted) |
| 65 | | | | X | PICT0307.jpg* |
| 66 | | | | X | PICT0307.jpg (redacted) |
| 67 | | | | X | PICT0308.jpg* |
| 68 | | | | X | PICT0308.jpg (redacted) |
| 69 | | | | X | PICTO291.jpg* |
| 70 | | | | X | PICT0291.jpg* enhanced granite curtain |
| 71 | | | | X | Redacted Image for parent identification 1 |
| 72 | | | | X | Redacted Image for parent identification 2 |
| 73 | | | | X | Redacted Image for parent identification 3 |
| 77 | | | | X | Filetradermom chat |
| 78 | | | | X | Jessietac chats |
| 79 | | | | X | Youngdaddy chats |
| 80 | | | | X | Toddlercumdaddy chats |
| X | | | | | **Joseph Caporale sworn and testified** |
| X | | | | | **Gregory David Squire sworn and testified** |
| 58 | | | X | | PICT0283.avi (screenshot)* (NOT displayed to jury) |
| 89 | | | | X | Room Composite |
| 90 | | | | X | Enhanced Granite |
| 91 | | | | X | Redacted photo of Ben I |
| 92 | | | | X | Redacted photo of Ben II |
| 93 | | | | X | Redacted photo of Ben III |
| X | | | | | **Kamlesh Shihora sworn and testified** |
| 104 | | | | X | McCormack Guest Record with DL |

| | | | | | |
|---|---|---|---|---|---|
| 101 | | | | X | Cal. Best Inn Handwritten Daily Report for 3/28/09 |
| 102 | | | | X | Cal. Best Inn Automatic Daily Report for 3/28/09 |
| 103 | | | | X | Cal. Best Inn Availability Sheets for March 2009 |
| X | | | | | **Veronica Pike sworn and testified** |
| 94 | | | | X | Hotel door |
| 95 | | | | X | Hotel room |
| 96 | | | | X | Hotel granite |
| 97 | | | | X | Hotel bathroom |
| 98 | | | | X | Ben circa 2009 picture from parents |
| 99 | | | | X | Elizabeth circa 2009 picture from parents |
| X | | | | | **Robert Robles sworn and testified** |
| X | | | | | **Adam Romine sworn and testified** |
| 106 | | | | X | 2011 search warrant photo of work badge |
| 107 | | | | X | 2011 search warrant photo of face masks and belt |
| 108 | | | | X | 2011 search warrant photo of grey t-shirt |
| 109 | | | | X | 2011 search warrant photo of grey t-shirt |
| 110 | | | | X | 2011 search warrant photo of belt |
| 111 | | | | X | 2011 search warrant photo of boxer shorts |
| 112 | | | | X | 2011 search warrant photo of red long-sleeved shirt |
| 113 | | | | X | 2011 search warrant photo of red t-shirt |
| 114 | | | | X | 2011 search warrant of red t-shirt |
| | 4/9/2015 | | | | |
| X | | | | | **Adam Romine completed testimony** |
| 115 | | | | X | Dark face mask (physical item) |
| 116 | | | | X | Dark face mask (physical item) |
| 117 | | | | X | Dark face mask (physical item) |
| 118 | | | | X | Dark face mask (physical item) |
| 119 | | | | X | Dark face mask (physical item) |
| 120 | | | | X | Belt (physical item) |
| 121 | | | | X | Belt (physical item) |
| 122 | | | | X | Grey t-shirt (physical item) |
| 123 | | | | X | Grey t-shirt (physical item) |
| 124 | | | | X | Red shirt (physical item) |

| | | | | | |
|---|---|---|---|---|---|
| 125 | | | | X | Red t-shirt (physical item) |
| 126 | | | | X | Red t-shirt (physical item) |
| 127 | | | | X | Boxer shorts (physical item) |
| 128 | | | | X | Email dated 12/2/08 from toddlers24 to kinder_lover with IMG_1198 and IMG_1199* |
| 129 | | | | X | Email dated 2/6/11 from toddlers24 to kinder_lover |
| 130 | | | | X | Email dated 12/5/08 from toddlers24 to do9ly at 4:46 AM with IMG_1204* |
| 131 | | | | X | Email dated 12/5/08 from toddlers24 to do9ly with IMG_1198.jpg & IMG_1199.jpg* |
| 132 | | | | X | Email dated 2/6/11 from toddlers24 to mikey_angarano |
| 133 | | | | X | Yahoo user information for shawns525 account |
| 134 | | | | X | Email dated 5/8/10 from shawns525 to johnceciliavessey titled "house for rent" |
| 135 | | | | X | Email dated 1/28/11 from shawns525 to craigslist.org titled "Hello" |
| 136 | | | | X | Email dated 11/18/10 from Mountain View Electric to Shawns525 |
| 137 | | | | X | Email dated 2/1/11 from shawns525 to droseth1011 at 9:13 pm |
| 138 | | | | X | Email dated 2/3/11 from shawns525 to droseth1011 at 9:08 pm |
| 139 | | | | X | Email dated 5/22/11 from shawns525 to slaveboy24 at 6:33 pm with 20023134kSV.jpg |
| 140 | | | | X | Email dated 5/22/11 from shawns525 to slaveboy24 at 2:51 pm |
| 141 | | | | X | 2011 search warrant photo of Chevy Silverado – front of car |
| 142 | | | | X | 2011 search warrant photo of Chevy Silverado – license plate |
| 143 | | | | X | Search warrant photo of Chevy Silverado – side view of car |
| 144 | | | | X | Search warrant photo of Chevy Silverado – front seat |
| 145 | | | | X | Search warrant photo of Chevy Silverado - close up of front seat |
| 146 | | | | X | Search Warrant photo of Chevy Silverado – close up of front seat |
| 147 | | | | X | Search warrant photo of Chevy Silverado – back seat |
| 148 | | | | X | Search warrant photo of Chevy Silverado – close up of back seat |
| 149 | | | | X | Search warrant photo of Chevy Silverado – close up of back seat |
| 150 | | | | X | Search warrant photo of Chevy Silverado – close up of back seat |
| 151 | | | | X | Search warrant photo of car registration |
| 152 | | | | X | Search warrant photo of car registration – close up |
| 153 | | | | X | Miranda Waiver Form signed by Defendant |
| 154 | | | | X | Video of Defendant's interview (disc) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| X |   |   |   |   | **Andrew sworn and testified** |
| X |   |   |   |   | **Ashley Karen sworn and testified** |
|   |   |   |   |   | GOVERNMENT RESTS |
|   | X |   |   |   | **Shawn McCormack sworn and testified** |
|   | B |   |   | X | Jan's Towing Invoice |
|   | A |   |   | X | Autozone Receipt |
| 160 |   |   |   | X | Bank Statement |
| 161 |   |   |   | X | General Policy Regarding Timekeeping and Company Vehicles |
| 162 |   |   |   | X | W-4 Employee's Witholding Certificate |
| 163 |   |   |   | X | Employment Documents |
|   | X |   |   |   | **Marsha McCormack sworn and testified** |
|   | X |   |   |   | **Veronica Pike recalled, remained under oath** |
|   |   |   |   |   | DEFENSE RESTS |
|   |   |   |   |   | NO REBUTTAL |