

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00324-AWI-BAM |
| Plaintiff, | |
| vs. | |
| SHAWN JOSEPH MCCORMACK, | |
| Defendant. | |

## NOTE FROM THE JURY

___ The jury has reached a unanimous verdict.

_X_ The jury requests the following:

*Please disregard last note.*

___ The jury has the following question(s):

DATED: 4/10/15

Mary Ann Rutherford
FOREPERSON OF THE JURY

Court Exhibit 2