FILED
APR 10 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHAWN JOSEPH McCORMACK,

    Defendant.

CASE NO. 1:11-CR-0324 AWI-BAM

**VERDICT FORM**

## VERDICT

**1. Count One of the Indictment**

As to the offense of Sexual Exploitation of a Child in violation of title 18, United States Code, Section 2251(a),

We, the Jury, find the defendant, **SHAWN JOSEPH MCCORMACK**:

Guilty __X__          Not Guilty _____

1

2. **Count Two of the Indictment**

As to the offense of Sexual Exploitation of a Child in violation of title 18, United States Code, Section 2251(a),

We, the Jury, find the defendant, **SHAWN JOSEPH MCCORMACK**:

Guilty __✗__                              Not Guilty _____

3. **Count 3 of the Indictment**

As to the offense of Sexual Exploitation of a Child in violation of title 18, United States Code, Section 2251(a),

We, the Jury, find the defendant, **SHAWN JOSEPH MCCORMACK**:

Guilty __✗__          Not Guilty _____

3

1  **4. <u>Count 4 of the Indictment</u>**

2  As to the offense of Sexual Exploitation of a Child in violation of title 18, United States Code,

3  Section 2251(a),

4  We, the Jury, find the defendant, **SHAWN JOSEPH MCCORMACK**:

6  
7  Guilty __✗__     Not Guilty _____

4

5. **Count 5 of the Indictment**

As to the offense of Kidnapping in violation of title 18, United States Code, Section 1201(a) and (g),

We, the Jury, find the defendant, **SHAWN JOSEPH MCCORMACK**:

Guilty ___✗___                    Not Guilty _____

### 6. Count 6 of the Indictment

As to the offense of Kidnapping in violation of title 18, United States Code, Section 1201(a) and (g),

We, the Jury, find the defendant, **SHAWN JOSEPH MCCORMACK**:

Guilty __✗__            Not Guilty _____

If you find the defendant guilty of the completed offense of kidnapping, do not go further.

If you do not find the defendant guilty of the completed offense of kidnapping, next please consider whether the defendant attempted to commit the offense of kidnapping below:

As to the offense of Attempted Kidnapping in violation of title 18, United States Code, Section 1201(a), (d), and (g),

We, the Jury, find the defendant, **SHAWN JOSEPH MCCORMACK**:

Guilty _____            Not Guilty _____

SO SAY WE ALL, this __10__ day of April, 2015.

_[signature]_
FOREPERSON