BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

MAUREEN C. CAIN
U.S. Department of Justice
Child Exploitation & Obscenity
1400 New York Ave, Suite 600
Washington, D.C. 20540
Telephone: (202) 616-1685
Facsimile: (202) 514-1793

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00324-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| SHAWN JOSEPH McCORMACK, | DATE: July 27, 2015<br>TIME: 10:00 a.m.<br>COURT: Hon. Anthony W. Ishii |
| Defendants. | |

    Plaintiff the United States of America and the defendant SHAWN McCORMACK (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate:

1. The defendant's sentencing hearing in this matter is currently set for July 27, 2015 at 10:00 am in Courtroom No. 2.

2. The parties jointly request that the Court continue the sentencing hearing from July 27, 2015 at 10:00 am to October 5, 2015 at 10:00 am or to a date thereafter that is amenable to the Court. The parties jointly request this continuance because counsel for the United States, Patrick Delahunty, anticipates being on paternity leave for most of July and August.

1

3. The Parties have met and conferred on this issue and agree that the date of October 5, 2015 is preferable.

Dated: May 7, 2015                             BENJAMIN B. WAGNER
                                               United States Attorney

                                               /s/ Patrick R. Delahunty
                                       By:     /s/ Megan A.S. Richards
                                               Assistant United States Attorney


                                               /s/ Maureen Cain
                                               U.S. Department of Justice


Dated: May 7, 2015
                                               /s/ Carl Faller
                                               Attorney for the Defendant,
                                               Shawn McCormack

**ORDER**

Based on the stipulation of Plaintiff the United States of America and the defendant SHAWN McCORMACK, by and through their respective counsel of record, and good cause having been shown, the defendant's sentencing hearing is continued to October 5, 2015 at 10:00 am and the prior date of July 27, 2015 is vacated.

IT IS SO ORDERED.

Dated:   May 13, 2015                          _____
                                               SENIOR DISTRICT JUDGE