BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
MEGAN A.S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO.** 1:11-CR-00324-AWI |
| Plaintiff, | **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| SHAWN JOSEPH McCORMACK, | |
| Defendant. | |

Based upon the guilty verdict entered April 10, 2015, against defendant Shawn Joseph McCormack for violation of 18 U.S.C. § 2251(a), it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Shawn Joseph McCormack's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) Toshiba Laptop, SN: 39437080Q, including all data and media contained therein,
    b) Linksys Router, SN: CGNE1H903036,
    c) Visioneer Scanner,
    d) Best Buy Receipt,
    e) SD ScanDisk Memory Card, including all data and media contained therein,
    f) Misc. Documents,
    g) 65 CD-R's/DVD-R's, including all data and media contained therein,

      h)     35 VHS tapes, including all data and media contained therein,
      i)     8 8mm video tapes, including all data and media contained therein,
      j)     Red Shirts,
      k)     Grey T-shirts,
      l)     Green/Black/White boxer shorts,
      m)     Blue/Black/Turquoise boxer shorts,
      n)     Green/white/blue boxer shorts,
      o)     Balaclava,
      p)     2 Knit Ski Masks,
      q)     Knit Ski Mask,
      r)     Knit ski Mask,
      s)     Cloth belt silver buckle, and
      t)     Black Cloth belt

2. The above-listed property constitutes property which contains visual depictions produced or possessed in violation of 18 U.S.C. § 2251(a); property real or personal that was intended to be used to commit or to promote the commission of said offense; or any property real or personal constituting or traceable to gross profits or other proceeds obtained from said violation.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration and Customs Enforcement or Customs and Border Protection in its secure custody and control.

4.   a.   Under 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on

Preliminary Order of Forfeiture       2

the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   June 24, 2015                                            _____
                                                   SENIOR DISTRICT JUDGE