CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-679-4999
carl.faller@fallerdefense,com

Attorney for Defendant
SHAWN JOSEPH McCORMACK

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SHAWN JOSEPH MCCORMACK,<br><br>                    Defendant. | Case No.:  1:11-cr-00324 AWI BAM<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING HEARING<br><br>Date:  October 5, 2014<br>Time:  10:00 am<br>Honorable Anthony W. Ishii |

It is hereby stipulated by and between the parties hereto, through their attorneys of record as follows:

This matter is currently on the court's calendar for sentencing October 5, 2015 at 10:00 am.  The parties had previously agreed, with the concurrence of the court staff, to continue this matter until October 13, 2015 at 10:00 am.  Defense counsel believed that a stipulation had been filed which continued the matter to that date, but a recent review of the court record revealed that no such stipulation had actually been filed.  The reason for the continuance is that defense counsel has other matters before the court for sentencing on that date, and the short continuance will aid counsel in efficiently managing his travel schedule.

Based on the above, it is respectfully requested that the sentencing date in this matter be continued until October 13, 2015, at 10:00 am.

///

///

Dated: September 9, 2015

/s/ Carl M. Faller  
CARL M. FALLER  
Attorney for Defendant  
SHAWN JOSEPH MCCORMACK

Dated: September 9, 2015

BENJAMIN B. WAGNER  
United States Attorney

By: /s/ Patrick Delahunty  
PATRICK DELAHUNTY  
Assistant U.S. Attorney  
Attorney for the United States

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's sentencing hearing be continued from October 5, 2015 at 10:00 am, to October 13, 2015 at 10:00 am.

IT IS SO ORDERED.

Dated:   September 9, 2015   

_____  
SENIOR DISTRICT JUDGE