CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-679-4999
carl.faller@fallerdefense,com

Attorney for Defendant
SHAWN JOSEPH McCORMACK

## IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.:  1:11-cr-00324 AWI BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) DEFENDANT'S RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM |
| SHAWN JOSEPH MCCORMACK, | ) Date:  October 13, 2015 |
| Defendant. | ) Time:  10:00 am  Honorable Anthony W. Ishii |

TO:  THIS HONORABLE COURT AND THE ATTORNEYS OF RECORD FOR THE UNITED STATES OF AMERICA.

On page 3 of the Government's Sentencing Memorandum, the government makes reference to "Colorado Victims," and goes on to describe uncharged and unproven allegations involving children in Colorado, making reference to online chats that are recited in Paragraphs 38 – 41 in the Presentence Report.  It is defense counsel's understanding that these allegations were investigated by authorities in Colorado and no charges have ever been filed in regards to the children allegedly referenced in the chats.

Since these allegations were not charged in the instant case, and, are not within the jurisdiction of this court, and lend nothing to the Guideline calculation in this case, they should not be considered by this court nor included in the Presentence Report.  Candidly, defense counsel did not focus attention on these passages until the government made reference to them in their memorandum, and designated the children as "victims" in this case.  Again, since this

uncharged information adds nothing to the guideline calculations in this case, and does not effect the overall sentence of the defendant, it is the contention of the defense that the paragraphs should be removed from the report and not considered by the court.

Dated: October 7, 2015                                         Respectfully Submitted,


/s/  Carl M. Faller\_\_\_\_\_
CARL M. FALLER
Attorney for Defendant
SHAWN JOSEPH MCCORMACK