# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiff-Appellee,<br><br>v.<br><br>SHAWN JOSEPH MCCORMACK,<br><br>      Defendant-Appellant. | DC No. 1:11-CR-00324-AWI-BAM-1<br>Eastern District of California<br><br>Ninth Cir. Case No. 15-10500<br><br>**ORDER** |

      This court appointed Johanna S. Schiavoni, Esq., as appellate counsel for defendant-appellant Shawn Joseph McCormack pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, on October 15, 2015.

      On November 4, 2015, Ms. Schiavoni filed in this Court a motion and supporting declaration seeking access to documents designated as "Sealed" or "Assigned Counsel Only" before this Court. Having considered Ms. Schiavoni's motion, because CJA counsel is ordinarily entitled to such documents as part of the record on appeal, the request for access to the documents and transcripts or portions thereof filed "under seal" or for "assigned counsel only" is granted.

      The Clerk shall serve on counsel for defendant-appellant a copy of district court docket nos. 98, 101, 106, 107, and 108. To the extent documents were filed

at entries 2, 6, 37 and 38, the Clerk shall serve on counsel for defendant-appellant a copy of those documents as well.

IT IS SO ORDERED.

Dated:   November 4, 2015                             _____
                                                                          SENIOR  DISTRICT  JUDGE