BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00324-AWI |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| SHAWN JOSEPH McCORMACK, | |
| Defendant. | |

WHEREAS, on June 24, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the guilty verdict entered April 10, 2015, against defendant Shawn Joseph McCormack, forfeiting to the United States the following property:

a) Toshiba Laptop, SN: 39437080Q, including all data and media contained therein,
b) Linksys Router, SN: CGNE1H903036,
c) Visioneer Scanner,
d) Best Buy Receipt,
e) SD ScanDisk Memory Card, including all data and media contained therein,
f) Misc. Documents,
g) 65 CD-R's/DVD-R's, including all data and media contained therein,
h) 35 VHS tapes, including all data and media contained therein,
i) 8 8mm video, tapes including all data and media contained therein,
j) Red Shirts,
k) Grey T-shirts,
l) Green/Black/White boxer shorts,
m) Blue/Black/Turquoise boxer shorts,
n) Green/white/blue boxer shorts,

Final Order of Forfeiture        1

      o)      Balaclava,
      p)      2 Knit Ski Masks,
      q)      Knit Ski Mask,
      r)      Knit ski Mask,
      s)      Cloth belt silver buckle, and
      t)      Black Cloth belt

AND WHEREAS, beginning on July 1, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Shawn Joseph McCormack.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration and Customs Enforcement, or Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   December 23, 2015           _____
                                                             SENIOR  DISTRICT  JUDGE