BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

MAUREEN C. CAIN
U.S. Department of Justice
Child Exploitation & Obscenity
1400 New York Ave, Suite 600
Washington, D.C. 20540
Telephone: (202) 616-1685
Facsimile: (202) 514-1793

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00324 AWI |
|---|---|
| Plaintiff, | STIPULATION RE: RESTITUTION HEARING |
| v. | DATE: January 11, 2016 |
| SHAWN JOSEPH McCORMACK, | TIME: 10 am |
| Defendants. | COURT: Hon. Anthony W. Ishii |

  Plaintiff the United States of America and the defendant SHAWN McCORMACK (collectively, "the Parties"), by and through their respective counsel of record, hereby stipulate:

  1. A hearing to determine restitution is set for January 11, 2016 at 10:00 am.

  2. The United States and various law enforcement agencies have made multiple attempts to obtain from the victims (and their parents) substantiation for any restitution claims, to the extent they made any. To date, no substantiated or documented claims have been made to the United States. Additionally, the United States is not aware of any such claims having been made to the Probation office or a law enforcement agency.

STIPULATION                                          1

3. Whereas, consistent with representations made by the Parties during the sentencing hearing in this case, the Parties agree that a restitution hearing is not necessary and propose that the Court vacate the restitution hearing on January 11, 2016.

Dated: January 8, 2016            BENJAMIN B. WAGNER
                                  United States Attorney

                            By:   /s/ Patrick R. Delahunty
                                  Assistant United States Attorney

Dated: January 8, 2016            /s/ Carl Faller
                                  Attorney for the Defendant, Shawn McCormack

# **O R D E R**

IT IS SO FOUND AND ORDERED that the restitution hearing on January 11, 2016 at 10:00 am is vacated.

IT IS SO ORDERED.

Dated:  January 8, 2016            _____
                                   SENIOR DISTRICT JUDGE

STIPULATION